**Last Name:** DUFKHU> **First Name:** MRVKXD>
**City:** FRORUDGR#VSULQJV> **State:** FR>

| ALL | NAME | SSN | ADDRESS | PHONE(S) | INDICATORS |
|---|---|---|---|---|---|
| 1. | JOSHUA NATHAN ARCHER<br>JOSHUA N ARCHER<br>JOSHUA ARCHER<br>JOSH N ARCHER<br>DOB: ■■■■<br>Age: 32<br>Gender - Male | SSN: ■■■■ V<br>SSN: ■■■■ N<br>🚩 SSN not recently reported for subject. | 9535 LINKAGE TRL FOUNTAIN, CO 80817-9504, EL PASO COUNTY<br>2014 - Apr 2020 | | 🏠 property |
| | | | 16799 COLT WAY MORENO VALLEY, CA 92555-3349, RIVERSIDE COUNTY<br>Nov 2019 - Mar 2020 | | |
| | | | 7375 CORAL RIDGE DR COLORADO SPRINGS, CO 80925-9410, EL PASO COUNTY<br>Apr 2018 - Feb 2020 | | |
| | | | 2504 ELWOOD DR EDMOND, OK 73013-4420, OKLAHOMA COUNTY<br>Feb 2019 - Jun 2019 | | |
| | | | 7175 CORAL RIDGE DR COLORADO SPRINGS, CO 80925-9428, EL PASO COUNTY<br>Feb 2011 - May 2019 | | |
| | | | 10151 ROUGHSHOD PT FOUNTAIN, CO 80817, EL PASO COUNTY<br>Oct 2016 | | |
| | | | 917 MONIN RD APT A ELIZABETHTOWN, KY 42701-2377, HARDIN COUNTY<br>Aug 2011 - May 2016 | | |
| | | | 39 PRONGHORN CT VINE GROVE, KY 40175-8420, HARDIN COUNTY<br>Mar 2012 - Oct 2015 | | |
| | | | 10151 ROUGHSHOD PT COLORADO SPRINGS, CO 80925-1359, EL PASO COUNTY<br>Oct 2010 - Oct 2015 | | |
| | | | 917A MONIN RD ELIZABETHTOWN, KY 42701-2377, HARDIN COUNTY<br>Aug 2011 - May 2012 | | |

**EXHIBIT 2**

| | | | ADDRESS | PHONE(S) | |
|---|---|---|---|---|---|
| | | | 1817 N DR MARTIN LUTHER KING JR BLVD APT A<br>CLOVIS, NM 88101-4563, CURRY COUNTY<br>Sep 2009 - Aug 2011 | | |
| | | | 171 PATTERSON ST APT 311<br>ANCHORAGE, AK 99504-1389, ANCHORAGE COUNTY<br>Apr 2009 - May 2011 | | |
| | | | 1817 MARTINLUTHERKING<br>CLOVIS, NM 88101, CURRY COUNTY<br>Oct 2010 - Feb 2011 | | |
| | | | 1817 N MARTIN LUTHER KING BLVD APT A<br>CLOVIS, NM 88101, CURRY COUNTY<br>Jan 2011 | | |
| | | | 7083 CHENNAULT AVE # 1994<br>JBER, AK 99506-3509, ANCHORAGE COUNTY<br>Mar 2007 - May 2010 | | |







| **ALL** | **NAME** | **SSN** | **ADDRESS** | **PHONE(S)** | **INDICATORS** |
|---|---|---|---|---|---|
| 4. | ▮ | | ▮ | ▮ | |

| ALL | NAME | SSN | | | INDICATORS |
|---|---|---|---|---|---|



---

**Last Name:** DUFKHU>  **First Name:** MRVKXD>
**City:** FRORUDGR#VSULQJV>  **State:** FR>

**Your DPPA Permissible Use:** #Flylo/#Fulplqdo/#Dgplqlvwudwlyh/#ru#Duelwudo#Surfhhglqjv

**Your GLBA Permissible Use:** #Xvh#e|#Shuvrqv#Kroglqj#d#Ohjdo#ru#Ehqhilfldo#Lqwhuhvw#Uhodwlqj#wr#wkh#Frqvxphu

**Your DMF Permissible Use:** #Qr#Shuplvvleoh#Sxusrvh