## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**Plaintiff(s)**

ESTATE OF JEFFREY MELVIN, BY AND THROUGH HIS PERSONAL REPRESENTATIVE JEFFREY MELVIN SR.

v.

**Defendant(s)**

CITY OF COLORADO SPRINGS, COLORADO; DANIEL PATTERSON, JOSHUA ARCHER

**Affidavit of Non-Service**

Case #:   20-CV-00991-CMA-KMT

Received on **May 14, 2020 at 12:09 pm**.

I, **Larry Hartman**, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein, in the above mentioned case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

I was unable to execute service of a **SUMMONS IN A CIVIL ACTION COMPLAINT AND JURY DEMAND; AMENDED ORDER SETTING RULE 216(B) SCHEDULING CONFERENCE AND RULE 26(F) PLANNING MEETING**, on **JOSHUA NATHAN ARCHER** at **9535 Linkage Trail, Fountain, El Paso County, CO 80817**.

| Status | Attempt Date/Time | Location |
|---|---|---|
| Bad Address | 05-15-2020 05:52 pm | 9535 Linkage Trail, Fountain, El Paso County, CO 80817 |

House is vacant, I can see inside and has a sign on the door stating "No Trespassing", contact Mortgage Contractor LLC.

I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct.

Executed on August 3, 2020 at Pueblo, Colorado

*Larry Hartman* (signed)

**EXHIBIT 3**

Field Sheet Id: 3214

Client Reference    United States 20-cv-00991-CMA-KMT

Page 1 of 1

Process Server Software Pro