## Table of Contents

| | |
|---|---|
| Report Section Summary | 2 |
| User Search Terms | 2 |
| Subject | 2 |
| Possible Addresses Associated with Subject | 3 |
| Utility Services | 7 |
| Phone Numbers Associated with Subject | 8 |
| Quick Analysis Flags | 8 |
| Phone Listings for Subject's Addresses | 9 |
| Email Addresses | 9 |
| Driver's Licenses | 9 |
| Liens & Judgments | 10 |
| Real Property & Deed Transfers | 10 |
| Property Owners of Subject's Addresses | 11 |
| Real Property Pre-Foreclosure Records | 12 |
| Vehicle Registered at Subject's Addresses | 15 |
| Vehicles Registered to Subject | 16 |
| Real-Time Vehicles | 16 |
| Motor Vehicle Service & Warranty Records | 17 |
| Relatives | 19 |
| Associates | 45 |
| Neighbor Listings for Subject's Address | 65 |
| Report section(s) with no matches | 73 |
| Disclaimer | 74 |

**EXHIBIT 4**

## Report Section Summary

      User Search Terms (1)

      Subject (1)

      Possible Addresses Associated with Subject (25)

      Utility Services (6)

      Phone Numbers Associated with Subject (1)

      Quick Analysis Flags (1)

      Phone Listings for Subject's Addresses (2)

      Email Addresses (1)

      Driver's Licenses (2)

      Liens & Judgments (1)

      Real Property & Deed Transfers (1)

      Property Owners of Subject's Addresses (1)

      Real Property Pre-Foreclosure Records (3)

      Vehicle Registered at Subject's Addresses (2)

      Vehicles Registered to Subject (1)

      Real-Time Vehicles (1)

      Motor Vehicle Service & Warranty Records (5)

      Relatives (19)

      Associates (12)

      Neighbor Listings for Subject's Address (3)

      Report section(s) with no matches (33)

      Disclaimer (1)

## User Search Terms

| | |
|---|---|
| **Last Name:** | archer |
| **First Name:** | joshua |
| **Street:** | 9535 linkage trl |
| **Zip Code:** | 80817 |

## Subject

**ARCHER, JOSHUA N**

| | |
|---|---|
| **SSN:** | ███████████████ |
| **Gender:** | MALE |

**AKAs:**

1) ARCHER, JOSHUA

2) ARCHER, JOSHUA NATHAN (DOB: ██████)

3) JOSHUA, NELSON ARCHER

4) ARCHER, JOSHUA (██████)

5) ARCHER, JOSHUAN

Motor Vehicle Service & Warranty Records, Household Listing, Experian, TransUnion

Driver's Licenses

Liens & Judgments

Utility Listing, Experian Gateway

6) ARCHER, JOSH N                    Experian Gateway

                                     Experian Gateway

7) ARCHER, JOSH                      Experian Gateway

8) ARCHER, JOSHUA                    Experian Gateway
NATHAN

**DOB (Age):**

**Spouse Name:**

**Drivers License?**   **YES** (FL; **DL Number:**

**Marriage(s)?**   **YES**              **Divorce(s)?**   **NO**

**Professional License(s)?**   **NO**    **Recreational License(s)?**   **NO**

**Work Affiliation(s)?**   **NO**

## Possible Addresses Associated with Subject

| Address | Source(s) | Reported Date(s) |
|---|---|---|
| 1)  2504 ELWOOD DR | Experian Gateway | 04/18/2019 - 04/07/2020 |
| EDMOND, OK 73013-4420 | Experian | 04/18/2019 - 07/08/2019 |
| OKLAHOMA COUNTY | | |

Phone:

Line Type: Cellular

Phone:

Line Type: Cellular

Phone: (

Line Type: Cellular



| 2) | 16799 COLT WAY MORENO VALLEY, CA 92555-3349 RIVERSIDE COUNTY | Experian Experian Gateway | 11/18/2019 - 02/18/2020 11/18/2019 - 02/18/2020 |
|---|---|---|---|
| 3) | 9535 LINKAGE TRL FOUNTAIN, CO 80817-9504 EL PASO COUNTY Phone: ███ Phone: ███ Phone: ███ | Vehicle Experian Experian Gateway Household Listing Phone Record TransUnion Equifax Motor Vehicle Service & Warranty Records Pre-Foreclosure | 12/29/2016 - 06/04/2018 09/22/2015 - 12/03/2017 09/22/2015 - 12/03/2017 01/01/2014 - 07/31/2017 04/01/2016 - 04/01/2016 10/10/2015 - 10/10/2015 08/01/2015 - 08/31/2015 Not Available Not Available |
| 4) | 917 A MARIN RD ELIZABETHTOWN, KY 42701 HARDIN COUNTY | Experian | 05/01/2018 - 05/01/2018 |
| 5) | 7375 CORAL RIDGE DR COLORADO SPRINGS, CO 80925-9410 EL PASO COUNTY | Experian Experian Gateway | 04/03/2018 - 04/03/2018 04/03/2018 - 04/03/2018 |
| 6) | 7175 CORAL RIDGE DR COLORADO SPRINGS, CO 80925-9428 EL PASO COUNTY | Experian Experian Gateway Household Listing Phone Record Vehicle | 02/22/2011 - 02/27/2018 02/22/2011 - 02/27/2018 01/01/2011 - 01/31/2018 01/01/2016 - 01/01/2016 06/17/2011 - 06/17/2011 |

|  |  |  |  |
|---|---|---|---|
|  |  | Utility Listing | 05/01/2011 - 06/09/2011 |
|  |  | Equifax | 05/01/2011 - 05/31/2011 |
|  |  | Motor Vehicle Service & Warranty Records | Not Available |
| 7) | 10151 ROUGHSHOD PT COLORADO SPGS, CO 80925-1359 EL PASO COUNTY Phone: ███████ | Phone Record | 05/26/2015 - 09/17/2017 |
|  |  | Vehicle | 05/13/2015 - 05/13/2015 |
|  |  | Utility Listing | 01/31/2010 - 04/30/2015 |
|  |  | Experian | 10/09/2014 - 04/01/2015 |
|  |  | Driver's Licenses | 02/20/2015 - 02/20/2015 |
|  |  | Equifax | 10/01/2014 - 10/31/2014 |
|  |  | Household Listing | 01/01/2014 - 03/31/2012 |
| 8) | 59 PRONGHORN CT VINE GROVE, KY 40175-8420 HARDIN COUNTY | Vehicle | 05/08/2014 - 08/17/2017 |
| 9) | 10151 ROUGHSHOD PT FOUNTAIN, CO 80817 EL PASO COUNTY | Experian | 10/12/2016 - 10/12/2016 |
|  |  | Experian Gateway | 10/12/2016 - 10/12/2016 |
| 10) | 39 PRONGHORN CT VINE GROVE, KY 40175-8420 HARDIN COUNTY | TransUnion | 10/02/2015 - 10/02/2015 |
|  |  | Vehicle | 05/01/2012 - 08/29/2014 |
|  |  | Utility Listing | 03/02/2012 - 08/15/2014 |
|  |  | Experian | 05/24/2012 - 08/01/2014 |
|  |  | Experian Gateway | 05/24/2012 - 08/01/2014 |
|  |  | Phone Record | 07/09/2014 - 07/09/2014 |
|  |  | Equifax | 05/01/2012 - 05/31/2012 |
|  |  | Household Listing | 01/01/2012 - 03/31/2012 |
|  |  | Motor Vehicle Service & Warranty Records | Not Available |
|  |  | Deed | Not Available |
| 11) | 1817 MARTINLUTHERKING CLOVIS, NM 88101 CURRY COUNTY | Utility Listing | 01/31/2010 - 04/30/2015 |
| 12) | 917A MONIN RD ELIZABETHTOWN, KY 42701-2377 HARDIN COUNTY | Experian | 09/01/2011 - 12/31/2011 |
|  |  | Experian Gateway | 09/01/2011 - 12/31/2011 |
|  |  | Utility Listing | 09/01/2011 - 10/07/2011 |
|  |  | Equifax | 09/01/2011 - 09/30/2011 |
|  |  | Vehicle | 08/19/2011 - 08/19/2011 |
| 13) | 917 MONIN RD ELIZABETHTOWN, KY 42701-2377 HARDIN COUNTY | Vehicle | 12/27/2011 - 12/27/2011 |
|  |  | TransUnion | 08/01/2011 - 09/28/2011 |

| 14) | 1817 N MARTAIN LUTHER KING BLVD CLOVIS, NM 88101 CURRY COUNTY | Experian | 07/04/2011 - 07/04/2011 |
|---|---|---|---|
| 15) | 1817 N MARTIN LUTHER KING BLVD APT A CLOVIS, NM 88101 | Experian | 01/01/2011 - 01/01/2011 |
| 16) | 1817 N DR MARTIN LUTHER KING JR BLVD APT A CLOVIS, NM 88101-4563 CURRY COUNTY | Experian Utility Listing Equifax | 10/08/2009 - 08/12/2010 09/30/2009 - 07/28/2010 05/01/2010 - 05/31/2010 |
| 17) | 1817 N DR MARTIN LUTHER KING CLOVIS, NM 88101-4563 CURRY COUNTY | Experian Gateway | 10/08/2009 - 08/12/2010 |
| 18) | 5847 DEBARR RD APT 16 ANCHORAGE, AK 99504-2328 ANCHORAGE COUNTY | Experian | 02/19/2010 - 02/19/2010 |
| 19) | 171 PATTERSON ST APT 311 ANCHORAGE, AK 99504 ANCHORAGE COUNTY | Equifax Driver's Licenses Experian Experian Gateway | 07/01/2009 - 07/31/2009 06/23/2009 - 06/23/2009 04/22/2009 - 06/20/2009 04/22/2009 - 06/20/2009 |
| 20) | 7083 CHENNAULT AVE UNIT 1994 ELMENDORF AFB, AK 99506-3509 ANCHORAGE COUNTY | Experian Equifax | 03/02/2007 - 06/28/2009 04/01/2007 - 04/30/2007 |
| 21) | 1994 CHENNAULT AVE ELMENDORF, AK 99506 | Experian | 09/29/2007 - 09/29/2007 |
| 22) | 527 I AVE WICHITA FALLS, TX 76311-2502 WICHITA COUNTY | Equifax Experian | 04/01/2007 - 04/30/2007 10/05/2006 - 10/05/2006 |
| 23) | 8126 DOOLITTLE AVE UNIT 496 ELMENDORF AFB, AK | Equifax Experian | 12/01/2006 - 12/31/2006 12/02/2006 - 12/02/2006 |

99506-3500
ANCHORAGE COUNTY

24)   525 NE 24TH PL                    Experian                      10/03/2006 - 10/03/2006
      CAPE CORAL, FL                   Address Compilation           Not Available
      33909-2805
      LEE COUNTY

25)                                     Phone Record                  Not Available
      COLORADO SPRINGS, CO
      80915
      Phone: ▮▮▮▮▮▮▮▮▮▮

## Utility Services

| | | |
|---|---|---|
| **Name:** | ARCHER, JOSHUA | **Driver's License (State & Number):** |
| **SSN(s):** | ▮▮▮▮▮▮▮▮ | **Partial SSN(s):** XXX-XX-XXXX |
| **Service Address:** | 1817 MARTINLUTHERKING CLOVIS, NM 88101 | **Billing Address:** 10151 ROUGHSHOD PT COLORADO SPRINGS, CO 80925-1359 |
| **Service Address Phone:** | ▮▮▮▮▮▮▮▮ | **Work Phone:** |
| **Service Connect Date:** | 04/30/2015 | **Reported Date:** 01/31/2010 |
| **Utility Service(s):** | CONVENIENCE | |

| | | |
|---|---|---|
| **Name:** | ARCHER, JOSHUA N | **Driver's License (State & Number):** |
| **SSN(s):** | | **Partial SSN(s):** |
| **Service Address:** | 39 PRONGHORN CT VINE GROVE, KY 40175-8420 | **Billing Address:** 39 PRONGHORN CT VINE GROVE, KY 40175-8420 |
| **Service Address Phone:** | ▮▮▮▮▮▮▮▮ | **Work Phone:** ▮▮▮▮▮▮▮▮ |
| **Service Connect Date:** | 08/15/2014 | **Reported Date:** 03/02/2012 |
| **Utility Service(s):** | CONVENIENCE | |

| | | |
|---|---|---|
| **Name:** | ARCHER, JOSHUA N | **Driver's License (State & Number):** |
| **SSN(s):** | ▮▮▮▮▮▮▮▮ | **Partial SSN(s):** XXX-XX-XXXX |
| **Service Address:** | 39 PRONGHORN CT VINE GROVE, KY 40175-8420 | **Billing Address:** |
| **Service Address Phone:** | | **Work Phone:** |
| **Service Connect Date:** | 05/01/2012 | **Reported Date:** 06/08/2012 |
| **Utility Service(s):** | OTHER | |

| | | |
|---|---|---|
| **Name:** | ARCHER, JOSHUA N | **Driver's License (State & Number):** |
| **SSN(s):** | ▮▮▮▮▮▮▮▮ | **Partial SSN(s):** XXX-XX-XXXX |
| **Service Address:** | 917A MONIN RD ELIZABETHTOWN, KY 42701-2377 | **Billing Address:** |
| **Service Address Phone:** | | **Work Phone:** |
| **Service Connect Date:** | 09/01/2011 | **Reported Date:** 10/07/2011 |
| **Utility Service(s):** | | |

OTHER

| | | | |
|---|---|---|---|
| **Name:** | ARCHER, JOSHUA N | **Driver's License (State & Number):** | |
| **SSN(s):** | ███████ | **Partial SSN(s):** | XXX-XX-XXXX |
| **Service Address:** | 7175 CORAL RIDGE DR COLORADO SPRINGS, CO 80925-9428 | **Billing Address:** | |
| **Service Address Phone:** | | **Work Phone:** | |
| **Service Connect Date:** | 05/01/2011 | **Reported Date:** | 06/09/2011 |
| **Utility Service(s):** | OTHER | | |
| **Name:** | ARCHER, JOSHUA | **Driver's License (State & Number):** | |
| **SSN(s):** | ██████ | **Partial SSN(s):** | XXX-XX-XXXX |
| **Service Address:** | | **Billing Address:** | 1817 MLK BLVD N APT A CLOVIS, NM 88101-4563 |
| **Service Address Phone:** | | **Work Phone:** | |
| **Service Connect Date:** | 07/28/2010 | **Reported Date:** | 09/30/2009 |
| **Utility Service(s):** | CONVENIENCE | | |

## Phone Numbers Associated with Subject

| **Phone Number** | **Source** |
|---|---|
| ███████ | Utility Listing, Phone Record, Experian Gateway |
| ███████ | Phone Record, Experian Gateway |
| ███████ | Experian Gateway |
| ███████ | Household Listing, TransUnion, Phone Record |
| ███████ | Phone Record |
| ███████ | Phone Record |
| ███████ | TransUnion |
| ███████ | Utility Listing |

## Quick Analysis Flags

POSSIBLE QUICK ANALYSIS FLAGS

| | |
|---|---|
| Associate with OFAC, Global Sanction or PEP listing | No |
| OFAC listing | No |
| Global Sanctions | No |
| Residential Address Used as a Business Address | No |
| Prison Address on Record | No |
| P.O. Box listed as Address | No |
| Bankruptcy | No |
| Person Associated with Marijuana Related Business | No |
| Real-Time Incarceration & Arrest Records | No |
| Associate or Relative With a Residential Address Used as a Business Address | YES |
| Associate or Relative with a Prison Address on Record | No |
| Associate or Relative with P.O. Box listed as Address | YES |
| Criminal Record | No |
| Multiple SSNs | No |
| SSN Matches multiple individuals | No |
| Recorded as Deceased | No |

| | |
|---|---|
| Age Younger than SSN Issue Date | No |
| SSN Format is Invalid | No |
| Address 1ST Reported <90 Days | No |
| Telephone Number Inconsistent with Address | No |
| Arrest Record | No |

## Phone Listings for Subject's Addresses

7175 CORAL RIDGE DR COLORADO SPRINGS, CO 80925
EL PASO COUNTY

| Phone # | Name |
|---|---|
| ███████ | ████████ |
| ███████ | ████████ |

███████████████████████

EL PASO COUNTY

| Phone # | Name |
|---|---|
| ███████ | ████████ |

## Email Addresses

| Email | Source |
|---|---|
| ██████████████████ | Email Records |

## Driver's Licenses

171 PATTERSON ST APT 311, ANCHORAGE, AK 99504

| | | | |
|---|---|---|---|
| Name: | ARCHER, JOSHUA NATHAN | SSN: | |
| DOB: | ███████ | DOD: | None |
| DL Number: | ██████████ | Personal ID Number: | |
| Issue State: | FL | Report Date: | 06/24/2010 |
| Gender: | MALE | Race: | WHITE |
| Height: | 5'08" | Weight: | |
| Hair Color: | | Eye Color: | |
| | | | |
| License Type: | REGULAR LICENCE | | |
| Original Issue Date: | 03/26/2003 | | |
| Issue Date: | 06/23/2009 | Expiration Date: | ████████ |

10151 ROUGHSHOD PT, COLORADO SPRINGS, CO 80925

| | | | |
|---|---|---|---|
| Name: | ARCHER, JOSHUA NATHAN | SSN: | |
| DOB: | ███████ | DOD: | None |
| DL Number: | ██████████ | Personal ID Number: | |
| Issue State: | FL | Report Date: | 02/21/2015 |
| Gender: | MALE | Race: | WHITE |
| Height: | 5'09" | Weight: | |

| | |
|---|---|
| **Hair Color:** | **Eye Color:** |
| **License Type:** | REGULAR LICENCE |
| **Original Issue Date:** | 03/26/2003 |
| **Issue Date:** | 02/20/2015 | **Expiration Date:** ███████ |

## Liens & Judgments

### SMALL CLAIMS JUDGMENT  -  04/24/1995

| | |
|---|---|
| **Filing Number:** | 045330 |
| **Hidden Filing Number:** | |
| **Original Filing Number:** | |
| **Certificate Number:** | |
| **Volume Number:** | |
| **Page Number:** | |
| **Original Book:** | |
| **Original Page:** | |
| **IRS Serial Number:** | |
| **Filing Type:** | SMALL CLAIMS JUDGMENT |
| **Action Type:** | SMALL CLAIMS JUDGMENT |
| **Unlawful Detainer:** | |
| **Filing Date:** | 04/24/1995 |
| **Release Date:** | |
| **Filing Office:** | TRAVIS JP CT 5 - AUSTIN |
| **Court ID:** | TXTRAM5 |
| **Venue:** | PO BOX 1748 |
| | AUSTIN, TX 78767 |
| **County:** | TRAVIS |
| **Debtor:** | ██████ |
| **Debtor Address:** | ████████ |
| | █████████ |
| **Debtor Type:** | ████ |
| **Debtor SSN:** | |
| **Debtor Amount:** | ████ |
| **Creditor:** | JOSHUA NELSON ARCHER |

## Real Property & Deed Transfers

### 39 PRONGHORN CT VINE GROVE, KY 40175

**DEED TRANSFER** - HARDIN County    03/22/2012

| | | | |
|---|---|---|---|
| **Situs Address:** | 39 PRONGHORN CT | **Mailing Address:** | 39 PRONGHORN CT |
| | VINE GROVE, KY 40175 | | VINE GROVE, KY 40175 |
| **Owner:** | ARCHER JOSHUA N | **Co-Owner Name:** | |
| **Owner Rights:** | | **Owner Relationship:** | |
| **Property Type:** | SINGLE FAMILY | **Land Use:** | RESIDENTIAL (NEC) |
| | RESIDENCE - TOWNHOUSE | | |

| | | | |
|---|---|---|---|
| Building Square Feet: | | APN Sequence Number: | 001 |
| Unformatted APN: | 1170003016 | Formatted APN: | 117-00-03-016 |
| Original APN: | 117-00-03-016 | Formatted APN - IRIS: | |
| FIPS Code: | HARDIN | FIPS State Code: | KENTUCKY |
| County: | HARDIN | State: | |
| Transaction Date: | 03/22/2012 | Seller Name: | ███████████████ ██████ |
| Recording Date: | 03/27/2012 | Sale Price: | $165,800.00 |
| Document Number: | | Type of Transaction: | RESALE |
| Book/Page: | 1361/150 | Deed Type: | GRANT DEED |
| Mortgage Amount: | $169,364.00 | Mortgage Type: | VETERANS ADMINISTRATION |
| Mortgage Term: | 30 | Mortgage Deed Type: | MORTGAGE DEED |
| Mortgage Date: | 03/22/2012 | Mortgage Due Date: | 04/01/2042 |
| Mortgage Assumption Amount: | | Interest Rate: | |
| 2nd Mortgage Amount: | | 2nd Mortgage Type: | |
| 2nd Mortgage Deed Type: | | | |
| Lender Name: | BENCHMARK MTG | Lender Address: | |
| | | | PLANO, TX 75024 |
| Construction Type: | SALE IS A RE-SALE | Purchase Payment: | MORTGAGE |
| Title Company: | ATTORNEY ONLY | Seller Carryback: | |
| Private Party Lender: | | Foreclosure Sale: | |
| Construction Loan: | | Refinance Loan: | |
| InterFamily Transaction: | | Equity Loan: | |
| Multiple Parcel Sale: | | Number of Parcels: | |

## Property Owners of Subject's Addresses

### 2504 ELWOOD DR EDMOND, OK 73013 OKLAHOMA COUNTY

**TAX RECORD** - OKLAHOMA County    TAX YEAR 2019

| | | | |
|---|---|---|---|
| Situs Address: | 2504 ELWOOD DR EDMOND, OK 73013-4420 | Mailing Address: | 2504 ELWOOD DR EDMOND, OK 73013-4420 |
| Owner: | ████████████ | Co-Owner: | |
| Additional Name: | ████████████ | Absentee Owner: | SITUS FROM SALE (OCCUPIED) |
| FIPS Code: | OKLAHOMA | Municipality Name: | EDMOND CITY |
| FIPS Sub Code: | 000 | Municipality Code: | |
| FIPS State Code: | OKLAHOMA | Subdivision Name: | ELWOOD HEIGHTS |
| APN Sequence Number: | 1 | Property Indicator: | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| Unformatted APN: | 182322985 | Land Use: | SINGLE FAMILY RESIDENCE |
| Formatted APN: | 182322985 | Homestead Exemption: | |
| Original APN: | 3606-18-232-2985 | Land Square Footage: | 8451 |
| Account Number: | 18232 | Lot Number: | 21 |

| | | | |
|---|---|---|---|
| Acres: | 0.1940 | Block Number: | 7 |
| Range: | 03W | Legal Description: | ELWOOD HEIGHTS 007 000 S5FT OF LOT 21 & ALL OF LOT 22 |
| Front Footage: | 65 | Township: | 13N |
| Depth Footage: | 130 | Section: | 2 |
| View: | | Quarter Section: | SE |
| Location Influence: | | | |
| Calculated Land Value: | $25,350.00 | Market Land Value: | $25,350.00 |
| Calculated Improvement Value: | $122,150.00 | Market Improvement Value: | $122,150.00 |
| Calculated Total Value: | $147,500.00 | Market Total Value: | $147,500.00 |
| Assessed Land Value: | $2,788.00 | Valuation Method: | |
| Assessed Improvement Value: | $13,437.00 | Total Value Calculated Indicator: | MARKET |
| Assessed Total Value: | $16,225.00 | Year Sold to State: | |
| Tax Year: | 2019 | Appraised Land Value: | |
| Tax Amount: | $1,718.39 | Appraised Improvement Value: | |
| Tax Code Area: | 512 | Appraised Total Value: | |
| Year Built: | 1965 | Number of Buildings: | 1 |
| Lot Area: | 8451 | Style/Shape: | RANCH |
| Building Code: | SINGLE FAMILY | Number of Stories: | 1.00 |
| Improvement Type: | | Number of Units: | 1 |
| Living Square Feet: | 1335 | Construction Type: | |
| Total Number of Rooms: | 5 | Construction Quality: | FAIR |
| Number of Bedrooms: | 3 | Exterior Wall Type: | FRAME/MASONRY/VENEER |
| Number of Bathrooms: | 2.00 | Roof Type: | GABLE |
| Full Baths: | 2 | Foundation Type: | SLAB |
| Fireplace: | YES | Heat: | CENTRAL FORCED AIR |
| Garage Type: | ATTACHED GARAGE | A/C Type: | AC CENTRAL |
| Sale Date: | 11/02/2018 | Deed Type: | GRANT DEED |
| Seller Name: | ██████████████ ████ | Type of Sale: | RESALE |
| Sale Price: | $141,500.00 | Sale Code: | |
| Number of Parcels: | | Document Number: | 11556890 |
| Recording Date: | 11/07/2018 | Recording Page: | 1908 |
| Recording Book: | 13881 | Title Company: | CHICAGO TITLE OK |
| Document Number: | 10794930 | Mortgage Amount: | $124,000.00 |
| Sale Date: | 06/28/2010 | Multiple Parcel Sale: | |
| Sale Price: | $124,000.00 | Number of Parcels: | Y Y |
| Sale Code: | | Recording Date: | 07/01/2010 |
| Deed Type: | MORTGATE DEEDS | Recording Book: | 11400 |
| Type of Sale: | RESALE | Recording Page: | 1508 |

## Real Property Pre-Foreclosure Records

**Foreclosure:** NOTICE OF TRUSTEE'S SALE - EL PASO County

| | | | |
|---|---|---|---|
| Situs Address: | 9535 LINKAGE TRL FOUNTAIN, CO 80817-9504 | Mailing Address: | 9535 LINKAGE TRL FOUNTAIN, CO 80817-9504 |
| Defendant(s): | | Additional Owners: | |

JOSHUA ARCHER

| | | | |
|---|---|---|---|
| **Recording Date:** | 01/29/2019 | **Document Number:** | |
| **Document Year:** | 2019 | **Document Book:** | |
| **Date of Default:** | | **Amount of Default:** | |
| **Auction Date:** | | **Auction Time:** | |
| **Total Amount Due Lender:** | $345,969.08 | **Auction Call Location:** | |
| **Title Company:** | | **Opening Bid:** | |
| **Lender:** | | **Lender Address:** | |
| **Lender Phone:** | | | |
| **Trustee:** | BARRETT FRAPPIER & WEISSERMAN | **Trustee Address:** | 1199 BANNOCK ST DENVER CO 80204-3628 |
| **Trustee Phone:** | (303) 350-3711 | **Trustee Sale Number:** | EPC201900057 |
| **County:** | EL PASO | **Tax Year:** | 17 |
| **Formatted APN:** | 56042-09-024 | **Current Land Value:** | $3,110.00 |
| **Unformatted APN:** | 5604209024 | **Current Improvement Value:** | $23,500.00 |
| **IRS APN:** | 56042-09-024 | **Tract/Subdivision Name:** | CUMBERLAND GREEN FILING #3 |
| **Property Type:** | SINGLE FAMILY RESIDENCE / TOWNHOUSE | **Block Number:** | |
| **Land Use:** | SINGLE FAMILY RESIDENCE | **Lot Number:** | 242 |
| **Zoning Code:** | A-5 | **Section:** | 4 |
| **Living Area Square Feet:** | 2577 | **Township:** | 16 |
| **Number of Bedrooms:** | 3 | **Range:** | 65 |
| **Number of Bathrooms:** | 3.00 | **Map Book:** | |
| **Number of Garage Spaces:** | | **Map Page:** | |
| **Lot Size:** | 8800 | **Unit Number:** | |
| **Year Built:** | 2015 | **Abstracted Legal Description:** | LOT 242 CUMBERLAND GREEN FIL NO 3 |
| **Last Full Sale Date:** | 09/14/2015 | **Last Full Sale Price:** | |
| **Original Loan Date:** | | **Original Document Number:** | 100357 |
| **Original Loan Recording Date:** | 09/14/2015 | **Original Recording Book:** | |
| **Original Loan Amount:** | $364,017.00 | **Original Recording Page:** | |

**Foreclosure:** RELEASE OF LIS PENDENS - EL PASO County

| | | | |
|---|---|---|---|
| **Situs Address:** | 9535 LINKAGE TRL FOUNTAIN, CO 80817-9504 | **Mailing Address:** | 9535 LINKAGE TRL FOUNTAIN, CO 80817-9504 |
| **Defendant(s):** | | **Additional Owners:** | JOSHUA ARCHER |
| **Recording Date:** | 09/27/2019 | **Document Number:** | |
| **Document Year:** | 2019 | **Document Book:** | |
| **Judgment Filing Date:** | | **Lis Pendens Type:** | |
| **Court Case Number:** | | | |
| **Attorney Name:** | | **Attorney Phone:** | |
| **Plantiff(s):** | LAKEVIEW LN SERVICING LLC | | |
| **County:** | EL PASO | **Tax Year:** | 18 |
| **Formatted APN:** | 56042-09-024 | **Current Land Value:** | $3,110.00 |
| **Unformatted APN:** | | **Current Improvement Value:** | |

|  |  |  |  |
|---|---|---|---|
| IRS APN: | 5604209024<br>56042-09-024 | Tract/Subdivision Name: | $23,500.00<br>CUMBERLAND GREEN<br>FILING #3 |
| Property Type: | SINGLE FAMILY<br>RESIDENCE / TOWNHOUSE | Block Number: | |
| Land Use: | | Lot Number: | 242 |
| Zoning Code: | A-5 | Section: | 4 |
| Living Area Square Feet: | 2577 | Township: | 16 |
| Number of Bedrooms: | 3 | Range: | 65 |
| Number of Bathrooms: | 3.00 | Map Book: | |
| Number of Garage Spaces: | | Map Page: | |
| Lot Size: | 8800 | Unit Number: | |
| Year Built: | 2015 | Abstracted Legal Description: | LOT 242 CUMBERLAND<br>GREEN FIL NO 3 |
| Last Full Sale Date: | 09/14/2015 | Last Full Sale Price: | |
| Original Loan Date: | | Original Document Number: | 100357 |
| Original Loan Recording Date: | 01/29/2019 | Original Recording Book: | |
| Original Loan Amount: | $364,017.00 | Original Recording Page: | |

**Foreclosure:** NOTICE OF TRUSTEE'S SALE - EL PASO County

|  |  |  |  |
|---|---|---|---|
| Situs Address: | 9535 LINKAGE TRL<br>FOUNTAIN, CO<br>80817-9504 | Mailing Address: | 9535 LINKAGE TRL<br>FOUNTAIN, CO<br>80817-9504 |
| Defendant(s): | ▮▮▮▮▮▮ | Additional Owners: | JOSHUA ARCHER |
| Recording Date: | 10/04/2019 | Document Number: | |
| Document Year: | 2019 | Document Book: | |
| Date of Default: | | Amount of Default: | |
| Auction Date: | | Auction Time: | |
| Total Amount Due Lender: | $345,969.08 | Auction Call Location: | |
| Title Company: | | Opening Bid: | |
| Lender: | | Lender Address: | |
| Lender Phone: | | | |
| Trustee: | BARRETT FRAPPIER &<br>WEISSERMAN | Trustee Address: | 1391 SPEER BLVD #700<br>DENVER<br>CO 80204-2508 |
| Trustee Phone: | (303) 350-3711 | Trustee Sale Number: | EPC201900653 |
| County: | EL PASO | Tax Year: | 18 |
| Formatted APN: | 56042-09-024 | Current Land Value: | $3,110.00 |
| Unformatted APN: | 5604209024 | Current Improvement Value: | $23,500.00 |
| IRS APN: | 56042-09-024 | Tract/Subdivision Name: | CUMBERLAND GREEN<br>FILING #3 |
| Property Type: | SINGLE FAMILY<br>RESIDENCE / TOWNHOUSE | Block Number: | |
| Land Use: | SINGLE FAMILY<br>RESIDENCE | Lot Number: | 242 |
| Zoning Code: | A-5 | Section: | 4 |
| Living Area Square Feet: | 2577 | Township: | 16 |
| Number of Bedrooms: | 3 | Range: | 65 |
| Number of Bathrooms: | 3.00 | Map Book: | |
| Number of Garage Spaces: | | Map Page: | |

| | | | |
|---|---|---|---|
| **Lot Size:** | 8800 | **Unit Number:** | |
| **Year Built:** | 2015 | **Abstracted Legal Description:** | LOT 242 CUMBERLAND GREEN FIL NO 3 |
| **Last Full Sale Date:** | 09/14/2015 | **Last Full Sale Price:** | |
| **Original Loan Date:** | | **Original Document Number:** | 100357 |
| **Original Loan Recording Date:** | 09/14/2015 | **Original Recording Book:** | |
| **Original Loan Amount:** | $364,017.00 | **Original Recording Page:** | |

## Vehicle Registered at Subject's Addresses

### 9535 LINKAGE TRL FOUNTAIN, CO 80817

#### 2017 CHRYSLER 300

| | | | |
|---|---|---|---|
| **Registered Owner:** | ARCHER, JOSHUA | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 06/04/2018 |
| **Plate Expiration Date:** | 07/31/2019 | **Plate Renewal Date:** | 06/04/2018 |
| **License Plate:** | ROJ951 | **Decal Number:** | |
| **License Plate State:** | CO | **Previous Plate:** | 103425W |
| **Plate Type:** | | **Previous Plate State:** | CO |
| **Mailing Address:** | 9535 LINKAGE TRL FOUNTAIN, CO 80817-9504 | | |
| **Physical Address:** | 9535 LINKAGE TRL FOUNTAIN, CO 80817-9504 | | |
| **Year:** | 20170000 | **Make/Model:** | CHRYSLER 300 |
| **Style:** | SEDAN 4D 5P | **Series:** | S |
| **VIN:** | 2C3CCAGG8HH617980 | **Type:** | PASSENGER CAR |
| **Number of Axles:** | | **Vehicle Length:** | |
| **Vehicle Weight:** | lbs | **Color:** | |

### 917 MONIN RD ELIZABETHTOWN, KY 42701

#### 2012 RAM 1500

| | | | |
|---|---|---|---|
| **Registered Owner:** | ██████████ | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 12/27/2011 |
| **Plate Expiration Date:** | 09/30/2020 | **Plate Renewal Date:** | 10/05/2019 |
| **License Plate:** | 377MNZ | **Decal Number:** | |
| **License Plate State:** | KY | **Previous Plate:** | 377MNZ |
| **Plate Type:** | PRIVATE | **Previous Plate State:** | KY |
| **Mailing Address:** | 605 TARKILN RD OLIVE HILL, KY 41164-7017 | | |
| **Year:** | 20120000 | **Make/Model:** | RAM 1500 |
| **Style:** | CREW CAB 4D | **Series:** | ST |
| **VIN:** | 1C6RD7KTXCS139998 | **Type:** | PASSENGER CAR |
| **Number of Axles:** | | **Vehicle Length:** | |

| | | | |
|---|---|---|---|
| **Vehicle Weight:** | lbs | **Color:** | BLACK |

## Vehicles Registered to Subject

### 2017 CHRYSLER 300

| | | | |
|---|---|---|---|
| **Registered Owner:** | ARCHER, JOSHUA | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 06/04/2018 |
| **Plate Expiration Date:** | 07/31/2019 | **Plate Renewal Date:** | 06/04/2018 |
| **License Plate:** | ROJ951 | **Decal Number:** | |
| **License Plate State:** | CO | **Previous Plate:** | 103425W |
| **Plate Type:** | | **Previous Plate State:** | CO |
| **Mailing Address:** | 9535 LINKAGE TRL FOUNTAIN, CO 80817-9504 | | |
| **Physical Address:** | 9535 LINKAGE TRL FOUNTAIN, CO 80817-9504 | | |
| **Year:** | 20170000 | **Make/Model:** | CHRYSLER 300 |
| **Style:** | SEDAN 4D 5P | **Series:** | S |
| **VIN:** | 2C3CCAGG8HH617980 | **Type:** | PASSENGER CAR |
| **Number of Axles:** | | **Vehicle Length:** | |
| **Vehicle Weight:** | lbs | **Color:** | |

## Real-Time Vehicles

| | | | |
|---|---|---|---|
| 9535 LINKAGE TRL, FOUNTAIN, CO 80817 | | **Address Type:** | Street name with house number |

### 2017 CHRYSLER 300 S

| | | | |
|---|---|---|---|
| **Registered Owner:** | ARCHER, Mr. JOSHUA (Individual) | **Secondary Owner:** | SECURITY SERVICE FEDERAL CREDIT UNION (Business & Lien Holder) |
| **Additional Owner:** | | | |
| **VIN:** | 2C3CCAGG8HH617980 | **Valid VIN:** | Y |
| **License Plate:** | ROJ951 | | |
| **Make/Model/Series:** | CHRYSLER 300 S | **Model Year:** | 2017 |
| **Full Body Style:** | Sedan 4D 300S AWD V6 | **Country of Origin:** | Canada |
| **Body Type:** | SEDAN | **Base Price:** | $38,175 |
| **Fuel Type:** | Flexible | **Drivetrain:** | All Wheel Drive |
| **Shipping Weight:** | 4235 | **Cubic Inch Displacement:** | 220 |
| **Long Wheel Base** | 120.2 | **Front Tire Size** | 19R235 |
| **Short Wheel Base** | 120.2 | **Rear Tire Size** | 19R235 |
| **Carburetion Type** | Fuel Injection | **Air Bags/Seat Belts:** | Du Frnt/Sd/Hd Air Bgs/Rr Hd Ar |

| | | | | |
|---|---|---|---|---|
| | | | | Bgs/Act Belts |
| **Carburetion Barrels** | Unknown | | **Ton Rating:** | |
| **Plate Registration State:** | CO | | **Plate Type:** | Unassigned |
| **Plate Registration Date:** | 05/08/2019 | | **Plate Expiration:** | 07/31/2019 |
| **Vehicles Cylinders:** | 6 | | **Leased Vehicle:** | No |
| **Branded Title Indicator:** | Yes | | | |
| **Branded Title Description:** | | | **Additional Branded Title Description:** | |
| **Branded Title Date:** | | | **Additional Branded Title Date:** | |
| **Branded Title State:** | | | **Additional Branded Title State:** | |

## Motor Vehicle Service & Warranty Records

### 2009 MERCURY MILAN I-4 PREMIER

**Vehicle Information**

| | | | |
|---|---|---|---|
| **VIN:** | 3MEHM08Z89R619306 | **Year:** | 2009 |
| **Make:** | MERCURY | **Series:** | I-4 PREMIER |
| **Body Type:** | I-4 PREMIER 4DR SEDAN | **Model:** | MILAN |

**Transaction Information**

**Purchase Type:**

**Lien Status:**

**Mileage:**

**Owner/Registrant Information**

| | | | |
|---|---|---|---|
| **Name:** | ARCHER, JOSHUA | **DOB:** | |
| **Gender:** | | **Marital Status:** | |
| **Address:** | 7175 CORAL RIDGE DR COLORADO SPRINGS, CO 80925 9428 | **County:** | EL PASO |
| **Address Type:** | Street | **Latitude:** | 38.74210 |
| **Residence Type:** | SINGLE FAMILY DWELLING | **Longitude:** | -104.639 |
| **Ownership Status:** | HOME OWNER | **Deliverable Address:** | YES |
| **Phone:** | | **Mobile Phone:** | |
| | | **Mobile Phone Carrier:** | |

### 2013 JEEP WRANGLER UNLIMITED SAHARA

**Vehicle Information**

| | | | |
|---|---|---|---|
| **VIN:** | 1C4BJWEG2DL567121 | **Year:** | 2013 |
| **Make:** | JEEP | **Series:** | SAHARA |
| **Body Type:** | SUV | **Model:** | WRANGLER UNLIMITED |

**Transaction Information**

**Purchase Type:**

**Lien Status:**

Mileage:

**Owner/Registrant Information**

| | | | |
|---|---|---|---|
| Name: | ARCHER, JOSHUA | DOB: | |
| Gender: | | Marital Status: | |
| Address: | 9535 LINKAGE TRL | County: | EL PASO |
| | FOUNTAIN, CO 80817 | | |

| | | | |
|---|---|---|---|
| Address Type: | Street | Latitude: | 38.62140 |
| Residence Type: | | Longitude: | -104.676 |
| Ownership Status: | | Deliverable Address: | NO |
| Phone: | | Mobile Phone: | |
| | | Mobile Phone Carrier: | |

Email:

**2013 JEEP WRANGLER UNLIMITED SAHARA**

**Vehicle Information**

| | | | |
|---|---|---|---|
| VIN: | 1C4BJWEG2DL567121 | Year: | 2013 |
| Make: | JEEP | Series: | SAHARA |
| Body Type: | SUV | Model: | WRANGLER UNLIMITED |

**Transaction Information**

| | |
|---|---|
| Purchase Type: | PURCHASED USED |
| Lien Status: | |
| Mileage: | |

**Owner/Registrant Information**

| | | | |
|---|---|---|---|
| Name: | ARCHER, JOSHUA | DOB: | |
| Gender: | | Marital Status: | |
| Address: | 39 PRONGHORN CT | County: | HARDIN |
| | VINE GROVE, KY 40175 | | |
| | 8420 | | |

| | | | |
|---|---|---|---|
| Address Type: | Street | Latitude: | 37.83370 |
| Residence Type: | | Longitude: | -86.0614 |
| Ownership Status: | | Deliverable Address: | NO |
| Phone: | | Mobile Phone: | |
| | | Mobile Phone Carrier: | |

**2013 JEEP WRANGLER UNLIMITED SAHARA**

**Vehicle Information**

| | | | |
|---|---|---|---|
| VIN: | 1C4BJWEG2DL567121 | Year: | 2013 |
| Make: | JEEP | Series: | SAHARA |
| Body Type: | 4X4 SAHARA 4DR SUV | Model: | WRANGLER UNLIMITED |

**Transaction Information**

Purchase Type:

Lien Status:

Mileage:

**Owner/Registrant Information**

| | | | |
|---|---|---|---|
| **Name:** | ARCHER, JOSHUA | **DOB:** | |
| **Gender:** | | **Marital Status:** | |
| **Address:** | 7175 CORAL RIDGE DR COLORADO SPRINGS, CO 80925 9428 | **County:** | EL PASO |
| **Address Type:** | Street | **Latitude:** | 38.74210 |
| **Residence Type:** | | **Longitude:** | -104.639 |
| **Ownership Status:** | | **Deliverable Address:** | YES |
| **Phone:** | | **Mobile Phone:** | |
| | | **Mobile Phone Carrier:** | |

**2017 JEEP WRANGLER UNLIMITED SAHARA**

**Vehicle Information**

| | | | |
|---|---|---|---|
| **VIN:** | 1C4BJWEG2HL567121 | **Year:** | 2017 |
| **Make:** | JEEP | **Series:** | SAHARA |
| **Body Type:** | 4X4 SAHARA 4DR SUV | **Model:** | WRANGLER UNLIMITED |

**Transaction Information**

**Purchase Type:**

**Lien Status:**

**Mileage:**

**Owner/Registrant Information**

| | | | |
|---|---|---|---|
| **Name:** | ARCHER, JOSHUA | **DOB:** | |
| **Gender:** | | **Marital Status:** | |
| **Address:** | 7175 CORAL RIDGE DR COLORADO SPRINGS, CO 80925 9428 | **County:** | EL PASO |
| **Address Type:** | Street | **Latitude:** | 38.74210 |
| **Residence Type:** | | **Longitude:** | -104.639 |
| **Ownership Status:** | | **Deliverable Address:** | YES |
| **Phone:** | | **Mobile Phone:** | |
| | | **Mobile Phone Carrier:** | |
| **Email:** | ██████████████ | | |

## Relatives





























Individual Report Plus Associates | ARCHER, JOSHUA | (5/9/20 02:39 PM | Reference: N/A































































## Neighbor Listings for Subject's Address





Individual Report Plus Associates | ARCHER, JOSHUA | 05/07/20 01:39PM | Reference: N/A



SYAMPORN





**Report section(s) with no matches**

Death Records, Work Affiliations, SSN & Current Address Fraud Alerts, Other SSNs Associated with Subject, Other Records/Names Associated with Subject's SSN, Canadian White Pages, Marriage Records, Divorce Records, Professional & Recreational Licenses, Marijuana Related Business Records, Military Records, Political Donors, Voter Registrations, Licensed Drivers at Subject's Addresses, Global Sanctions, OFAC Infractions, Criminal Records, Warrants, and Traffic Citations, Arrest Records, Executive Affiliations, Excluded Parties List System, D&B Market Identifier Records, Significant Shareholders, Businesses Registered at Subject's Addresses, Possible Real-Time Incarceration & Arrest Records,

Bankruptcy Records, Corporate Filings, UCC Filings, Waterfront Residency, Lawsuit Records, Docket Records, Watercraft, FAA Aircraft Registrations, Unclaimed Assets

## Disclaimer

Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application. By accessing this product you agree to comply with our General Terms and Conditions and our CLEAR Supplier Additional Terms.