AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| ESTATE OF JEFFREY MELVIN, by and through his personal representative Jeffrey Melvin Sr., | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  20-cv-00991-CMA-KMT |
| CITY OF COLORADO SPRINGS, COLORADO; DANIEL PATTERSON, JOSHUA ARCHER | ) ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Joshua Archer

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Darold Killmer
> Killmer Lane & Killmer, LLP
> 1543 Champa Street, Suite 400
> Denver, CO 80202
> (303) 571-1000
> dkillmer@kln-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___April 22, 2020___

s/E. Van Alphen, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

**EXHIBIT**

**5**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-cv-00991-CMA-KMT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Joshua Nathan Archer

was received by me on *(date)*        06/11/2020        .

❐ I personally served the summons on the individual at *(place)*

_____   on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____   on *(date)* _____ ; or

☑ I returned the summons unexecuted because   a subject was not found                      ; or

☑ Other *(specify):*   6-14-20 @ 1:25pm Spoke with Kevin, Occupant. He said Jushua rented a room at this
residence but moved out about a month ago. Kevin said he thinks joshua moved out with a
friend. He would not give any further details.

My fees are $   50.00   for travel and $ _____ for services, for a total of $   50.00   .

I declare under penalty of perjury that this information is true.

Date:    06/22/2020                        _____
                                                          *Server's signature*

                                           Chad Eric Crosthwait Reg# Riv Co PS-001766
                                                          *Printed name and title*

                                                    3993 Orange St, Suite 206
                                                    Riverside, CA 92501

                                                          *Server's address*

Additional information regarding attempted service, etc: