| | |
|---|---|
| **From:** | Turner, Anne |
| **To:** | Reid Allison; Scranton, Crystal |
| **Cc:** | Darold Killmer; Liana Orshan; Tyrone Glover; Charlotte Scull |
| **Subject:** | RE: Melvin v. CSPD conferral |
| **Date:** | Monday, June 29, 2020 11:39:26 AM |

Hello Reid,

I do not have a different phone number for Mr. Archer but I do have a different email address. If, as you previously indicated, you would like to set the matter for a brief conference with Magistrate Judge Tafoya, I am available on Wednesday, July 1 , except between 11 am 2 pm. I also am generally available next week except for Tuesday morning, July 7. Let me know. Thanks.

Regards,
Anne

**Anne H. Turner**
Assistant City Attorney
City of Colorado Springs
(719) 385-5909
Anne.Turner@coloradosprings.gov



CONFIDENTIALITY NOTICE

If you have received this message in error, please delete it immediately and call 719-385-5909 to advise me that you received it. This electronic mail message and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. Again, if you have received this message in error, please delete it immediately, and call 719-385-5909 to advise me that you received it. Thank you.

---

**From:** Reid Allison [mailto:rallison@kln-law.com]
**Sent:** Monday, June 29, 2020 8:16 AM
**To:** Turner, Anne <Anne.Turner@coloradosprings.gov>; Scranton, Crystal <Crystal.Scranton@coloradosprings.gov>
**Cc:** Darold Killmer <dkillmer@kln-law.com>; Liana Orshan <lorshan@kln-law.com>; Tyrone Glover

**EXHIBIT 6**

\<glover@sslhlaw.com\>; Charlotte Scull \<cscull@kln-law.com\>
**Subject:** RE: Melvin v. CSPD conferral

**CAUTION! - External Email. Malware is most commonly spread through unknown email attachments and links. DO NOT open attachments or click links from unknown senders or unexpected email!**

Good morning, Anne,
Thank you for getting back to us and confirming Mr. Archer's previous address.
In that same spirit (as we continue to search him out to serve him), we have the below contact information—does that match what you have? Do you have better/different contact information?



Thanks, and I will send around a draft scheduling order in an hour or so, ahead of our 26(f) this afternoon,

Reid Allison
Killmer, Lane & Newman, LLP
1543 Champa St., Suite 400
Denver, CO 80202
Ph -   303-571-1000
Fax - 303-571-1001
[rallison@kln-law.com](rallison@kln-law.com)

---

**From:** Turner, Anne \<[Anne.Turner@coloradosprings.gov](Anne.Turner@coloradosprings.gov)\>
**Sent:** Thursday, June 18, 2020 10:30 AM
**To:** Reid Allison \<[rallison@kln-law.com](rallison@kln-law.com)\>; Scranton, Crystal \<[Crystal.Scranton@coloradosprings.gov](Crystal.Scranton@coloradosprings.gov)\>
**Cc:** Darold Killmer \<[dkillmer@kln-law.com](dkillmer@kln-law.com)\>; Liana Orshan \<[lorshan@kln-law.com](lorshan@kln-law.com)\>; Tyrone Glover \<[glover@sslhlaw.com](glover@sslhlaw.com)\>; Charlotte Scull \<[cscull@kln-law.com](cscull@kln-law.com)\>
**Subject:** RE: Melvin v. CSPD conferral

Hello, Reid,
Based on your email, I can tell you that the information I have would not be of assistance to you. The last address I have for Josh Archer is the Fountain, CO address. I don't have any other address for him.

Regards,

Anne

**Anne H. Turner**
Assistant City Attorney
City of Colorado Springs
(719) 385-5909
Anne.Turner@coloradosprings.gov



CONFIDENTIALITY NOTICE

If you have received this message in error, please delete it immediately and call 719-385-5909 to advise me that you received it. This electronic mail message and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. Again, if you have received this message in error, please delete it immediately, and call 719-385-5909 to advise me that you received it. Thank you.

**From:** Reid Allison [mailto:rallison@kln-law.com]
**Sent:** Thursday, June 18, 2020 8:28 AM
**To:** Turner, Anne <Anne.Turner@coloradosprings.gov>; Scranton, Crystal <Crystal.Scranton@coloradosprings.gov>
**Cc:** Darold Killmer <dkillmer@kln-law.com>; Liana Orshan <lorshan@kln-law.com>; Tyrone Glover <glover@sslhlaw.com>; Charlotte Scull <cscull@kln-law.com>
**Subject:** Melvin v. CSPD conferral

**CAUTION! - External Email. Malware is most commonly spread through unknown email attachments and links. DO NOT open attachments or click links from unknown senders or unexpected email!**

Good morning, Anne,
We are reaching out again regarding Defendant Joshua Archer.
After you would not provide us address information that you apparently have, we have tried to track him down with no success.
We did an Accurint search, yielding an address of 9535 LINKAGE TRL, FOUNTAIN, CO 80817-9504, EL PASO

COUNTY.  Service was scheduled with Checkmate on May 14 and they attempted service there.  On May 27 Checkmate sent notice that the house was vacant with a "no trespassing" sign on the front.  We then ordered a skip trace with Checkmate at the cost of $100.00.  The best address from that skip trace report was 16799 Colt Way, Moreno Valley, Riverside County, CA 92555.  Inland Empire Court Services (IECS) was hired to serve the summons and complaint on June 11 at a cost of $50.  On June 15 we were told that service had been attempted and Archer was no longer at that address, that he had been renting a room at that address but was now staying with a friend.  No additional information on the friend or where he/she lives was provided.

Please let us know if you will provide us with the information you have, or if we will be forced to go to the court to order you to turn it over.
If the latter, what availability do you have in the next couple days to call Magistrate Judge Tafoya's chambers to set an informal discovery conference?

Thanks,
Reid Allison
Killmer, Lane & Newman, LLP
1543 Champa St., Suite 400
Denver, CO 80202
Ph -   303-571-1000
Fax - 303-571-1001
rallison@kln-law.com