IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-CV-00991-CMA

JEFFREY MELVIN,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, and
DANIEL PATTERSON, in his individual and official capacities,
JOSHUA ARCHER, in his individual and official capacities,

    Defendants.

## AFFIDAVIT OF DUE DILIGENCE

I, the undersigned Ryan Ross, do hereby swear and affirm as follows:

1) I am a private investigator with extensive experience in locating people. I am licensed by the state of Colorado. My license # is PI2.130.

2) On July 8, 2020, Plaintiff's counsel in this case asked me to assist in locating for service the co-defendant Archer. Counsel told me Archer had "probably" moved to California.

3) On July 9, 2020, I accessed a proprietary database I use to help me locate people, and thereby determined that the most recent address for the co-defendant listed therein was 16799 Colt Way in Moreno Valley, California. I relayed that information to plaintiff's counsel and suggested he try to serve the co-defendant at that address.

4) On July 10, ,2020, plaintiff's counsel told me that he had retained a prior process server to serve the co-defendant Archer at the address in Moreno Valley, and that the process server told him a resident at that address said Archer had lived there earlier this year but no longer did. Plaintiff's counsel told me that the process server didn't obtain any information about where Archer had moved to.

EXHIBIT 8

5) On or about July 15, 2020, I spoke with the owner of the residence Archer had lived at earlier this year. She confirmed that Archer had lived there, said he'd since moved out, said she didn't know where Archer had moved to because he hadn't told her, and said she didn't know how to contact Archer because she didn't have a phone number for him.

6) On or about July 15, 2020, I called a phone number that the database I use indicates is – or once was – being used by the co-defendant Archer, and left a voice-mail message after a generic voice-mail greeting indicating who I was, that I had legal papers for him stemming from his work with the Colorado Springs police department, and asking him to call me to arrange for service. No one has responded.

7) On July 15, 2020, I retained a private investigations firm in California to determine whether co-defendant Archer had obtained a California driver's license and, if so, to obtain his driving record and determine therefrom what address he had provided when he obtained his license.

8) On July 15, 2020, I accessed an online database containing court records from the Riverside County Superior Court in California and determined that the database did not list any cases involving the co-defendant Archer.

9) On July 15, 2020, I determined that the database I use does not list any vehicles registered by the co-defendant Archer with the California motor vehicles department.

10) On July 16, 2020, I asked an associate investigator with my firm to conduct social media research to try to identify social media accounts created by the co-defendant Archer.

11) On or about July 17, 2020, the associate investigator I had asked to conduct social media research on co-defendant Archer told me that she had been unable to identify a Facebook page, that she had identified his Instagram account, but that the account was set to "private," meaning that no one could view his postings, followers or those he followed without his permission.

12) On July 21, 2020, the firm I had retained to determine if the co-defendant Archer had obtained a California driver's license told me that it had been told by the California motor vehicles department that Archer had not obtained a California driver's license.

13) I have been unable to identify any public records providing an address of the co-defendant more recent than the address in Moreno Valley, California.

14) From the proprietary database I use I identified **RICHARD IAN ARCHER** (DOB ▮▮▮▮)
of ▮▮▮▮▮▮▮▮▮, as the co-defendant's father, **JOEL GARRETT ARCHER** (DOB ▮▮▮) of ▮▮▮▮▮▮▮▮, as the co-defendant's brother, and **SARAH ELIZABETH ARCHER** (DOB ▮▮▮) of ▮▮▮▮▮▮▮▮ as the co-defendant's sister.

15) The co-defendant's father, brother and sister are reasonably likely to forward the papers in this matter to the co-defendant if they're served on them.

_____
Ryan Ross

Subscribed and sworn before me this 29 day of July, 2020 in the county of Denver in the State of Colorado.

_____
Notary Public

KELLY M. POLITTE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174008452
MY COMMISSION EXPIRES FEBRUARY 23, 2021

My commission expires on the 23 day of February, 2021.

3