**Ross Investigators, PC**
**1665 Grant St. Suite 304**
**Denver, CO. 80203**

| Invoice #: | INV2023 |
|---|---|
| Invoice Date: | August 03, 2020 |



**Bill To**

Killmer, Lane & Newman
1543 Champa St. #400
Denver, CO  80202

## INVOICE

| Description | Rate | Qty | Total |
|---|---:|---:|---:|
| Melvin, Jeffrey Estate of | | | |
|   Fees | | | |
|     Principal Investigator-A | $105.00 | 2.83 | $297.50 |
|   Total For Fees | | 2.83 | $297.50 |
|   Expenses | | | $328.15 |
| Total For Melvin, Jeffrey Estate of | | 2.83 | $625.65 |
| | | Total | **$625.65** |

Due on receipt
Past-due after 30 days
3% late-payment fee applied after 30 days
6% late-payment fee applied after 60 days
9% late-payment fee applied after 90 days

Tax ID: 26-1509186

**EXHIBIT 9**

# Details for Invoice #:INV2023

## Melvin, Jeffrey Estate of

### Fees

**Principal Investigator-A**

| Work Date | Work Description | Quantity | Hourly Rate | Total Amount |
|---|---|---|---|---|
| 07/09/2020 | Database research re Archer identification and locate, and write email to client re findings | 0.33 | $105.00 | $35.00 |
| 07/10/2020 | Additional database research re Archer's ex, parents and brother, and write email to client re service options | 0.50 | $105.00 | $52.50 |
| 07/14/2020 | Confer with Darold, Charlotte and Reed | 0.33 | $105.00 | $35.00 |
| 07/21/2020 | Complete forwarding address request to post office, and write email to client re findings | 0.50 | $105.00 | $52.50 |
| 07/29/2020 | Write affidavit of due diligence | 1.17 | $105.00 | $122.50 |
| | **Total For Principal Investigator-A** | **2.83** | | **$297.50** |
| | **Total For Fees** | **2.83** | | **$297.50** |

### Expenses

| Work Date | Work Description | Total Amount |
|---|---|---|
| 07/09/2020 | Print complaint and database bckgrd report re Archer (99x10) | $9.90 |
| 07/21/2020 | CA fee re driver's and financial records | $260.00 |
| 07/31/2020 | Courts Database research fees | $5.00 |
| 07/31/2020 | Database Research Fee | $48.25 |
| 07/31/2020 | Arrest Records Search Fee | $5.00 |
| | **Total For Expenses** | **$328.15** |
| | **Total For Melvin, Jeffrey Estate of** | **$625.65** |
| | **Grand Total**   2.83 | **$625.65** |