**INVOICE #: 3914**

Issue Date: 06/16/2020
Terms: Net 15 Days
Due Date: 07/01/2020

**Checkmate, Inc.**
8480 E. Orchard Rd., #5700
Greenwood Village, CO   80111

Bill To: **Killmer, Lane & Newman, LLP**
Attn: Charlotte Scull
1543 Champa Street
Suite 400
Denver, CO 80202

**Client Reference**

United States 20-cv-00991-CMA-KMT

Field Sheet ID:  3214

Service To:  JOSHUA NATHAN ARCHER

| Qty | Item Code | Description | Fee | Total Fee |
|---|---|---|---|---|
| 28.00 | COP | Copy Fee - $.20 Per Page | $0.20 | $5.60 |
| Location: | | | | |
| 1.00 | ASF | Attempted Service Fee | $99.00 | $99.00 |
| Location: | 9535 Linkage Trail, Fountain, El Paso County, CO 80817 | | | |
| 1.00 | ST | Skip Trace | $100.00 | $100.00 |
| Location: | 16799 Colt Way, Moreno Valley, Riverside County, CA 92555 | | | |

Field Sheet Total:  $204.60

Invoice Total:  $204.60
Payments:  $0.00
Outstanding Balance:  $204.60

**EXHIBIT 10**

\*\*Please reference the Invoice number on all payments\*\*

Thank you and we appreciate your business!

Page 1 of 1
Process Server Software Pro