# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 20-cv-00991-CMA-MDB

ESTATE OF JEFFREY MELVIN,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, COLORADO, *et al.*,

    Defendants.

_____

**PLAINTIFF'S EXPERT WITNESS DISCLOSURE
PURSUANT TO FED. R. CIV. P. 26(a)(2)**
_____

Plaintiff, by and through its attorneys, Darold W. Killmer, Liana Orshan and Reid Allison of KILLMER, LANE & NEWMAN, LLP, hereby submits pursuant to Fed. R. Civ. P. 26(a)(2)(B) the individuals who may be called as expert witnesses at the trial of the above-entitled litigation:

### I.    RETAINED EXPERTS

1. **Steven B. Bird, M.D.
   Department of Emergency Medicine
   University of Massachusetts
   55 Lake Avenue North
   Worcester, MA 01605
   Steven.Bird@umassmemorial.org**

Steven B. Bird, M.D. is a physician and expert in the field of emergency medicine and toxicology. Dr. Bird currently serves as the Vice Chair for Education and the Residency Director for the Department of Emergency Medicine at the University of Massachusetts Medical School. Dr. Bird prepared an evaluation based on his expertise

in the above fields on behalf of the Plaintiff in this case, and among other things, will testify to medical and toxicological issues, including causation, related to Mr. Melvin's death.

A copy of the report setting forth Dr. Bird's opinions, as well as the bases and reasons therefor, is attached hereto as **Exhibit 1**. Included in Dr. Bird's report is a list of the documents he reviewed in preparing his report, Dr. Bird's *curriculum vitae,* Register of Testimony, and Fee Schedule. Dr. Bird reserves the right to give opinions and related testimony regarding everything in his report and all topics related to or arising out of these issues, and to supplement his report based on review of further discovery in this case, including depositions that have yet to take place.

Plaintiff and their attorneys reserve the right to allow Dr. Bird to update his report and conclusions prior to trial.

2. **Bruce M. Becker, M.D., M.P.H., FACEP**
   **5149 Montezuma Road**
   **Montezuma, CO 80435**
   **Bruce_becker@brown.edu**

Bruce Becker, M.D. is a physician and expert in the field of internal medicine, emergency medicine and preventive and occupational medicine. Dr. Becker has taught Emergency Medicine and Behavioral and Social Science as a full Professor at Brown University. Dr. Becker prepared an evaluation based on his expertise in the above fields on behalf of the Plaintiff in this case, and among other things, will testify to medical issues, including causation, relating to Mr. Melvin's death.

A copy of the report setting forth Dr. Becker's opinions, as well as the bases and reasons therefor, is attached hereto as **Exhibit 2**. Included in Dr. Becker's report is a list of the documents he reviewed in preparing his report, *curriculum vitae,* Register of

Testimony, and Fee Schedule. Dr. Becker reserves the right to give opinions and related testimony regarding everything in his report and all topics related to or arising out of these issues, and to supplement his report based on review of further discovery in this case, including depositions that have yet to take place.

Plaintiff and their attorneys reserve the right to allow Dr. Becker to update his report and conclusions prior to trial.

3. **Geoffrey P. Alpert, Ph.D.**
   **1900 Heyward St.**
   **Columbia, SC 29205**
   **geoffa@mailbox.sc.edu**

Geoffrey P. Alpert, Ph.D. is a Professor of Criminology and Criminal Justice at the University of South Carolina. Dr. Alpert received his Ph.D. from Washington State University and received his Masters of Arts and Bachelor of Arts from the University of Oregon. Dr. Alpert prepared an evaluation based on his expertise in the fields of police policies, practices, and customs on behalf of the Plaintiff in this case, and among other things, will testify that Defendants Patterson and Archer used excessive force against Mr. Melvin.

A copy of the report setting forth Dr. Alpert's opinions, as well as the bases and reasons therefor, is attached hereto as **Exhibit 3**. Included in Mr. Alpert's report is a list of the documents he reviewed in preparing his report, *curriculum vitae,* Register of Testimony, and Fee Schedule. Dr. Alpert reserves the right to give opinions and related testimony regarding everything in his report and all topics related to or arising out of these issues, and to supplement his report based on review of further discovery in this case, including depositions that have yet to take place.

Plaintiff and their attorneys reserve the right to allow Dr. Alpert to update his report and conclusions prior to trial.

4. **Patricia L. Pacey, Ph.D.**
**Jeffrey Nehls, M.A.**
**Pacey Economics**
**3005 Center Green Drive, Suite 200**
**Boulder, CO  80301**
**(303) 530-5333**

Dr. Pacey is the President of Pacey Economics. Dr. Pacey has a Bachelor of Arts in Mathematics and a PhD in Economics from the University of Florida. Jeffrey Nehls is an Economist who obtained his Masters of Arts in Economics at the University of Colorado after receiving his Bachelor of Economics at the University of Puget Sound. Based on their expertise in the field of economics and evaluation of statistical analysis, Dr. Pacey and Mr. Nehls have prepared a report on behalf of Plaintiff expressing their opinion and analysis regarding whether or not an individual being black was a statistically significant factor in the likelihood of being subject to "use of force" during an encounter with Colorado Springs Police Department Officer. Mr. Nehls or Dr. Pacey will testify regarding the contents of that report, including their evaluation of the underlying data, and the April 25, 2022, Transparency Matters report incorporated therein.

A copy of the report setting forth these opinions, as well as the bases and reasons for those opinions, is attached as **Exhibit 4**. Included in the report is a list of documents reviewed in preparing the report, the *curriculum vitae* which includes a list of prior testimony and publications, and the fee schedule for Jeffrey Nehls and Dr. Pacey. Dr. Pacey and Mr. Nehls reserve the right to give opinions and related testimony regarding everything in their report and all topics related to or arising out of these

4

issues, and to supplement their report based on review of further discovery in this case, including depositions that have yet to take place.

Plaintiff and its attorneys reserve the right to allow Pacey Economics to update the report and conclusions prior to trial.

5. **Allen Montgomery Parkman, Ph.D., J.D.**
**Regents' Professor Emeritus of Management**
**Anderson Schools of Management**
**University of New Mexico**
**Albuquerque, NM 87131**
**parkman@unm.edu**

Dr. Allen Parkman is a professor and expert economist, who currently serves as a Regents' Professor Emeritus of Management at the University of New Mexico, Anderson Schools of Management. Dr. Parkman prepared an evaluation based on his expertise in this field on behalf of the Plaintiff in this case, and, among other things, will testify regarding damages in this case.

A copy of the report setting forth Dr. Parkman's opinions, as well as the bases and reasons for those opinions, is attached at **Exhibit 5.** Included in Dr. Parkman's report is a list of the documents he reviewed in preparing his report, *curriculum vitae,* Register of Testimony, and Fee Schedule. Dr. Parkman reserves the right to give opinions and related testimony regarding everything in his report and all topics related to or arising out of these issues, and to supplement his report based on review of further discovery in this case, including depositions that have yet to take place.

Plaintiffs and their attorneys reserve the right to allow Dr. Parkman to update his report and conclusions prior to trial.

II. **NON-RETAINED EXPERTS**

1. **Timothy Rummel, M.D.**

5

>       **UCHealth Memorial Hospital Central**
>       **1400 E. Boulder St.**
>       **Colorado Springs, CO 80909**

Dr. Timothy Runnell is a physician at UCHealth Memorial Hospital and was the admitting physician of Jeffrey Melvin on approximately April 26, 2018. Dr. Runnell has knowledge or information related to his qualifications and background; his personal observations, evaluations, diagnosis, and treatment of Mr. Melvin, as well as that of other medical providers at Memorial; the nature of the injuries sustained by Mr. Melvin as a result of the use of force against him by Defendants; the nature and extent of physical damages Mr. Melvin suffered; conditions with which Mr. Melvin was diagnosed; and other information contained in the UCHealth records produced at MELVIN-000285-001193 and MELVIN-DEFS – 03944-004087.

> 2.    **Thomas J. Schroeppel, M.D.**
>       **Trauma and Acute Care Surgery**
>       **UCHealth Memorial Hospital Central**
>       **1400 E. Boulder St.**
>       **Colorado Springs, CO 80909**

Dr. Schroeppel is a surgeon at UCHealth and evaluated and performed surgery on Jeffrey Melvin on or after his April 26, 2018, admission. Dr. Schroeppel has knowledge or information related to his qualifications and background; his personal observations, evaluations, diagnosis, and treatment of Mr. Melvin at UCHealth, as well as that of other medical providers at UCHealth; the nature of the injuries sustained by Mr. Melvin as a result of the use of force against him by Defendants; the nature and extent of physical damages Mr. Melvin suffered; conditions with which Mr. Melvin was diagnosed; and other information contained in the UCHealth records produced at MELVIN-000285-001193 and MELVIN-DEFS – 03944-004087.

> 3.    **Additional Medical Providers**

**UCHealth Memorial Hospital Central**
**1400 E. Boulder St.**
**Colorado Springs, CO 80909**

Additional Medical Providers provided care for Jeffrey Melvin at UCHealth on or after his April 26, 2018, admission. They each have knowledge or information related to their qualifications and background; their personal observations, evaluations, diagnosis, and treatment of Mr. Melvin at UCHealth, as well as that of other medical providers at UCHealth; the nature of the injuries sustained by Mr. Melvin as a result of the use of force against him by Defendants; the nature and extent of physical damages Mr. Melvin suffered; conditions with which Mr. Melvin was diagnosed; and other information contained in the UCHealth records produced at MELVIN-000285-001193 and MELVIN-DEFS – 03944-004087. Those providers include but are not limited to:

    a.    Kiel Melkus, M.D.
    b.    Andrew McAdoo, D.O.
    c.    Daniel J. Valentino, M.D.
    d.    Stanley Podolski, M.D.
    e.    Janice A. Miller, M.D.
    f.    Mark R. Cook, D.O.
    g.    Brian E. Leininger, M.D.
    h.    David Danaher, R.N.
    i.    Shireen Figueroa, R.N.

4.    **Emily Berry, M.D.**
    **c/o El Paso County Coroner's Office**
    **2741 East Las Vegas Street**
    **Colorado Springs, CO 80906**

Dr. Emily Berry performed the autopsy of Mr. Melvin and is expected to testify to her qualifications and background, the circumstances surrounding the death of Mr. Melvin including manner and cause of death, the nature and specifics of the injuries sustained by Mr. Melvin; her observations, findings, and conclusions related to the death of Mr. Melvin; and other information contained in Mr. Melvin's autopsy report

produced at MELVIN-001231-1238, and the coroner's office file and communications thereon produced at MELVIN-DEFS – 006921-007119.

     5.      **Daniel Lingamfelter, D.O.**
             **c/o El Paso County Coroner's Office**
             **2741 East Las Vegas Street**
             **Colorado Springs, CO 80906**

Dr. Daniel Lingamfelter reviewed the autopsy of Mr. Melvin and is expected to testify to his qualifications and background, the circumstances surrounding the death of Mr. Melvin including manner and cause of death, the nature and specifics of the injuries sustained by Mr. Melvin; his observations, findings, and conclusions related to the death of Mr. Melvin; and other information contained in Mr. Melvin's autopsy report produced at MELVIN-001231-1238, and the coroner's office file and communications thereon produced at MELVIN-DEFS – 006921-007119

     6.      **Leon Kelly, M.D.**
             **c/o El Paso County Coroner's Office**
             **2741 East Las Vegas Street**
             **Colorado Springs, CO 80906**

Dr. Leon Kelly reviewed the autopsy of Mr. Melvin and is expected to testify to his qualifications and background, the circumstances surrounding the death of Mr. Melvin including manner and cause of death, the nature and specifics of the injuries sustained by Mr. Melvin; his observations, findings, and conclusions related to the death of Mr. Melvin; and other information contained in Mr. Melvin's autopsy report produced at MELVIN-001231-1238, and the coroner's office file and communications thereon produced at MELVIN-DEFS – 006921-007119.

     7.      **Robert Bux, M.D.**
             **c/o El Paso County Coroner's Office**
             **2741 East Las Vegas Street**
             **Colorado Springs, CO 80906**

Dr. Robert Bux reviewed the autopsy of Mr. Melvin and is expected to testify to his qualifications and background, the circumstances surrounding the death of Mr. Melvin including manner and cause of death, the nature and specifics of the injuries sustained by Mr. Melvin; his observations, findings, and conclusions related to the death of Mr. Melvin; and other information contained in Mr. Melvin's autopsy report produced at MELVIN-001231-1238, and the coroner's office file and communications thereon produced at MELVIN-DEFS – 006921-007119

DATED this 15th day of August 2022.

                KILLMER, LANE & NEWMAN, LLP

                */s/ Darold W. Killmer*
                Darold W. Killmer
                Liana G. Orshan
                Reid R. Allison
                1543 Champa Street, Suite 400
                Denver, CO 80202
                (303) 571-1000
                (303) 571-1001
                dkillmer@kln-law.com
                lorshan@kln-law.com
                rallison@kln-law.com

                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this 15th day of August 2022, I filed the foregoing **PLAINTIFF'S EXPERT WITNESS DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(2)** via E-mail to the following:

Anne Turner
Assistant City Attorney
City of Colorado Springs
30 S. Nevada Ave., Suite 501
Colorado Springs CO 80903
Anne.Turner@coloradosprings.gov


        *s/ Charlotte Bocquin Scull*
        Paralegal