## PLAINTIFF'S WITNESS LIST
*Estate of Jeffrey Melvin, Jr. v. City of Colorado Springs, et al.*
20-cv-00991-CMA-MDB

| Witness Name | Description of Testimony | Time on Direct | Time on Cross |
|---|---|---|---|
| **Will Call Witnesses** | | | |
| 1. Jeffrey Melvin Sr. | Father of Mr. Melvin and Personal Representative of his Estate, will testify to his knowledge of the events and his personal loss. | | |
| 2. Cherie Craft | Sister of Mr. Melvin, will testify to her knowledge of the events and her personal loss. | | |
| 3. Daniel Patterson | Defendant will testify to his knowledge of the events which lead to the death of Mr. Melvin. | | |
| 4. Joshua Archer | Defendant will testify to his knowledge of the events which lead to the death of Mr. Melvin. | | |
| | | | |
| **May Call Witnesses** | | | |
| 1. Taneesha Melvin | Sister of Mr. Melvin, will testify to her knowledge of the events and her personal loss. | | |
| 2. Jordan Bruno | Mr. Bruno was a witness at the scene of Mr. Melvin's interactions with CSPD | | |
| 3. Nancy Dorado | Ms. Dorado was a witness at the scene of Mr. Melvin's interactions with CSPD | | |
| 4. Lynell Johnston | Ms. Johnston is the mother of Mr. Melvin's minor child (XJM) | | |
| 5. Adam Nesbitt | Mr. Melvin's cousin and member of his rap music group | | |
| 6. Jerri Craft Thornton | Mr. Melvin's mother | | |
| 7. Tyrell Melvin | Mr. Melvin's brother | | |
| 8. Richard Gonzalez | CSPD responding officer on the scene of Mr. Melvin's arrest | | |
| 9. Blake Evenson | CSPD responding officer on the scene of Mr. Melvin's arrest | | |
| 10. Detective Stephen Aulino | CSPD investigating officer following the death of Jeffrey Melvin | | |
| 11. Sgt. Pam Castro | CSPD investigating officer following the death of Jeffrey | | |

|  | Melvin |  |  |
|---|---|---|---|
| 12. Adrian Vasquez | Current Chief of Police of CSPD |  |  |
| 13. Pete Carey | Former Chief of Police of CSPD |  |  |
| 14. Sarah Burns | AMR Paramedic who cared for Mr. Melvin and transported him to the hospital from the scene. |  |  |
| 15. Kyle Ketchum | AMR Paramedic who cared for Mr. Melvin and transported him to the hospital from the scene. |  |  |
| 16. Timothy Rummel, M. D. | Physician at UC Health who provided evaluation and treatment of Jeffrey Melvin. |  |  |
| 17. Thomas Schroeppel, M.D. | Physician at UC Health who provided evaluation and treatment of Jeffrey Melvin |  |  |
| 18. Kiel Melkus, M.D. | Physician at UC Health who evaluated and treated Mr. Melvin after the incident |  |  |
| 19. Daniel J. Valentino, M.D. | Physician at UC Health who evaluated and treated Mr. Melvin after the incident |  |  |
| 20. Mark R. Cook, D.O. | Doctor at UC Health who evaluated and treated Mr. Melvin after the incident |  |  |
| 21. Brian E. Leininger, M.D. | Physician at UC Health who evaluated and treated Mr. Melvin after the incident |  |  |
| 22. Emily Berry, M.D. | Dr. Berry performed the autopsy of Mr. Melvin and would testify as to her processes and findings |  |  |
| 23. Steven Bird, M.D. | Expert witness for Plaintiff in the field of emergency medicine and toxicology. |  |  |
| 24. Bruce Becker, M.D. | Expert witness for Plaintiff in the fields of internal medicine, emergency medicine and preventative and occupational medicine. |  |  |
| 25. Geoffrey Alpert, Ph.D. | Expert witness for Plaintiff in the field of Criminology and Criminal Justice. |  |  |
| 26. Patricia Pacey, Ph.D. | Expert witness for Plaintiff in the field of Economics and Statistical Analysis. |  |  |
| 27. Jeffrey Nehls, | Expert witness for Plaintiff in the |  |  |

| | | | |
|---|---|---|---|
| M.A. | field of Economics and Statistical Analysis. | | |
| 28. Allen Parkman, Ph.D. | Expert witness for Plaintiff in the field of evaluation of economic loss. | | |