**Melvin v. City of Colorado Springs, et al.**
**20-cv-00991-CMA-MDB**
**Final Pre-Trial Order**
**Defendants' Witness List - Page 1 of 19**

| No. | Witness Name | Description of Testimony | Address or Previously disclosed | Live or Depo |
|---|---|---|---|---|
| | **Will Call Witnesses (Non-Expert)** | | | |
| | | | | |
| | **Will Call Witnesses (Expert)** | | | |
| | | | | |
| | | | | |
| | | | | |
| | **May Call Witnesses (Non-Expert)** | | | |
| | | | | |
| 1. | Allison, Mark | Mr. Allison was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 2. | Alvarado, Matthew | Mr. Alvarado was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 3. | Apuron, Kevin | Former Firefighter Paramedic Apuron was at the scene of the incident that is the subject of this litigation and as documented in Colorado Springs Police Department Case Report No. 18-15443 and Colorado Springs Fire Department Incident No 1821809. | Previously disclosed | Live |
| 4. | Archer, Joshua | Former Officer Archer is a defendant in this action and may have information and knowledge regarding the claims as stated in Plaintiff's amended complaint. | Previously disclosed | Live |
| 5. | Arguello, Jason | Mr. Arguello was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 6. | Arredondo, Nancy | Ms. Arredondo was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 7. | Aulino, Steven | Detective Aulino assisted in the investigation of the incident that is the subject of this litigation and completed Colorado Springs Police Department | Previously disclosed | Live |

**Melvin v. City of Colorado Springs, et al.**
**20-cv-00991-CMA-MDB**
**Final Pre-Trial Order**
**Defendants' Witness List - Page 2 of 19**

| No. | Witness Name | Description of Testimony | Address or Previously disclosed | Live or Depo |
|---|---|---|---|---|
| | | Case Supplement Reports in Colorado Springs Police Department Case Report No. 18-15443. | | |
| 8. | Balazic, Denise | Ms. Balazic was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 9. | Banuelos, Bernie | Former Officer Banuelos provided anti-bias and/or implicit bias training at the Colorado Springs Police Department Training Academy and may have information and knowledge regarding the claims as stated in Plaintiff's amended complaint. | Previously disclosed | Live |
| 10. | Barr, Christophe | Mr. Barr was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 11. | Berrien, Russell | Mr. Berrien was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 12. | Beutelschies, John | Mr. Beutelschies was contacted by the Colorado Springs Police Department regarding Mr. Melvin's arrest and death in his capacity as a Special Agent for the FBI. | Previously disclosed | |
| 13. | Bogner, John | Mr. Bogner was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 14. | Bolen, Julie | Ms. Bolen was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 15. | Brown, Chris | Former Officer Brown provided in-service training to CSPD officers in 2018. | Previously disclosed | Live |
| 16. | Brown, Matthew | Mr. Brown was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 17. | Bruno, Jordan | Mr. Bruno may have been a witness to the incident that is the subject of this litigation and may have information and knowledge regarding | Previously disclosed | Live |

**Melvin v. City of Colorado Springs, et al.**
**20-cv-00991-CMA-MDB**
**Final Pre-Trial Order**
**Defendants' Witness List - Page 3 of 19**

| No. | Witness Name | Description of Testimony | Address or Previously disclosed | Live or Depo |
|---|---|---|---|---|
| | | the claims as stated in Plaintiff's complaint. | | |
| 18. | Burns, Sarah | Ms. Burns responded to scene of the incident that is the subject of this litigation in order to provide medical treatment to Plaintiff and/or other individuals at the scene. Ms. Burns may have information and knowledge regarding her duties and impressions while at the scene of the incident and other claims as stated in Plaintiff's complaint. | Previously disclosed | Live |
| 19. | Buser, Brent | Mr. Buser was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 20. | Campbell, Sunni | Parole Officer Campbell was Mr. Melvin's assigned parole officer and has the ability to recognize Mr. Melvin's voice. Officer Campbell also can authenticate and explain Mr. Melvin's Colorado Department of Parole Records. | Previously disclosed | Live |
| 21. | Carey, Pete | Mr. Carey was the Chief of the Colorado Springs Police Department at the time of Melvin's arrest and may have information and knowledge regarding the claims as stated in Plaintiff's amended complaint. | Previously disclosed | Live |
| 22. | Carmody, Veronica | Ms. Carmody was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 23. | Castro, Pam | Lt. Castro investigated the incident that is the subject of this litigation for Internal Affairs. | Previously disclosed | Live |
| 24. | Cates, David | Fire Driver Engineer Cates was at the scene of the incident that is the subject of this litigation and as documented in Colorado Springs Police Department Case Report No. 18-15443 and Colorado Springs Fire Department Incident No 1821809. | Previously disclosed | Live |

**Melvin v. City of Colorado Springs, et al.**
**20-cv-00991-CMA-MDB**
**Final Pre-Trial Order**
**Defendants' Witness List - Page 4 of 19**

| No. | Witness Name | Description of Testimony | Address or Previously disclosed | Live or Depo |
|---|---|---|---|---|
| 25. | Caudill, Chuck | Mr. Caudill was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 26. | Chaddick, Chad | Mr. Chaddick was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 27. | Chanza, Rafael | Lt. Chanza reviewed and advised on Use of Force reports submitted by Officer Joshua Archer and Daniel Patterson. | Previously disclosed | Live |
| 28. | Clementi, Barbara | Ms. Clementi was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 29. | Cooper, Matthew | Mr. Cooper was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 30. | Craft, Cherie | Ms. Craft is the sister of Jeffrey Melvin Jr. and may have information regarding Jeffrey Melvin Jr's criminal history, knowledge of outstanding warrants, employment, education, housing, substance use, interaction with family members, activities, and children as it relates to claimed damages in this case. | Previously disclosed by Plaintiff | Live |
| 31. | Creech, Amber | Ms. Creech was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 32. | Cruz-Rogers, Rachel | Detective Cruz-Rodgers assisted in the investigation of the incident that is the subject of this litigation and completed Colorado Springs Police Department Case Supplement Reports in Colorado Springs Police Department Case Report Nos. 18-15443 and 18-16453. | Previously disclosed | Live |
| 33. | Daly, Mark | Officer Daly provided in-service training to CSPD officers in 2018. | Previously disclosed | Live |
| 34. | David, Patrick | Lt. David downloaded Officer Patterson's and Archer's TASER event and pulse logs and reviewed, | Previously disclosed | Live |

**Melvin v. City of Colorado Springs, et al.**
**20-cv-00991-CMA-MDB**
**Final Pre-Trial Order**
**Defendants' Witness List - Page 5 of 19**

| No. | Witness Name | Description of Testimony | Address or Previously disclosed | Live or Depo |
|-----|-------------|------------------------|-------------------------------|--------------|
| | | analyzed, and discussed with Lt. Castro the information contained in those logs. | | |
| 35. | Dazey, Robert | Sgt. Dazey reviewed and advised on the Use of Force report submitted by Officer Joshua Archer | Previously disclosed | |
| 36. | Desponett, Catherine | Ms. Desponett was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 37. | Doane, Steven | Mr. Doane was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 38. | Dorado, Nancy | Ms. Dorado may have been a witness to the incident that is the subject of this litigation and may have information and knowledge regarding the claims as stated in Plaintiff's complaint. | Previously disclosed | Live |
| 39. | Edwards, Heather | Ms. Edwards is employee by the Colorado Springs Police Department in the Human Resources Department and can authenticate records from the Individual Defendants' personnel files. | Previously disclosed | Live |
| 40. | Ellis, Rohan | Mr. Ellis was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 41. | Evenson, Blake | Officer Evenson responded to the scene and assisted in the investigation of the incident that is the subject of this litigation and completed a Colorado Springs Police Department Case Supplement Report in Colorado Springs Police Department Case Report No. 18-15443. | Previously disclosed | Live |
| 42. | Factor, Mary | Ms. Factor was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 43. | Farmer, Pamela | Lt. Farmer provided anti-bias and/or implicit bias training at the Colorado | Previously disclosed | Live |

5

**Melvin v. City of Colorado Springs, et al.**
**20-cv-00991-CMA-MDB**
**Final Pre-Trial Order**
**Defendants' Witness List - Page 6 of 19**

| No. | Witness Name | Description of Testimony | Address or Previously disclosed | Live or Depo |
|---|---|---|---|---|
| | | Springs Police Department Training Academy | | |
| 44. | Ferrari, Nathanael | Officer Ferrari assisted in the investigation of the incident that is the subject of this litigation and completed a Colorado Springs Police Department Case Supplement Report in Colorado Springs Police Department Case Report No. 18-15443. | Previously disclosed | Live |
| 45. | Ferri, Robert | Detective Ferri was the assigned detective on CSPD case number 18-05576 and he talked with Jeffrey Melvin, Jr. and Brianna Harvison. | Previously disclosed | Live |
| 46. | Flemmings, Ashley Monique | Ms. Flemmings was a witness in CSPD case 17-28211 and may have information and knowledge regarding the claims as stated in Plaintiff's amended complaint. | Previously disclosed | Live |
| 47. | Ford, Darlene | Ms. Ford was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 48. | Foster, William | Mr. Foster was a witness in CSPD case 17-28211 and may have information and knowledge regarding the claims as stated in Plaintiff's amended complaint. | Previously disclosed | Live |
| 49. | Fraser, Jerry | Mr. Fraser is an employee of the El Paso County Coroner's Office created a narrative addendum in Mr. Melvin's file | Previously disclosed | Live |
| 50. | French, Teresa | Ms. French was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 51. | Gasper, Jason | Officer Gasper provided in-service training to CSPD officers in 2017. | Previously disclosed | Live |
| 52. | Gonzalez, Richard | Officer Gonzalez responded to the scene and assisted in the investigation of the incident that is the subject of this litigation and completed a Colorado Springs Police | Previously disclosed | Live |

**Melvin v. City of Colorado Springs, et al.**
**20-cv-00991-CMA-MDB**
**Final Pre-Trial Order**
**Defendants' Witness List - Page 7 of 19**

| No. | Witness Name | Description of Testimony | Address or Previously disclosed | Live or Depo |
|---|---|---|---|---|
| | | Department Case Supplement Report in Colorado Springs Police Department Case Report No. 18-15443. | | |
| 53. | Graham, Derek | Mr. Graham downloaded the involved Tasers on May 2, 2018. | Previously disclosed | |
| 54. | Grimmett, Douglas | Former Officer Grimmett assisted with use of force training at the Colorado Springs Police Department Training Academy. | Previously disclosed | Live |
| 55. | Hagan, Trey | Mr. Hagan was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 56. | Hagans, Ryan | Mr. Hagans was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 57. | Hansen, Alan | Officer Hansen responded to CFS 18204385 and CFS 18251231 | Previously disclosed | Live |
| 58. | Hathaway, Brook | Ms. Hathaway was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 59. | Harrington, Roger | Mr. Harrington was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 60. | Harvison, Brianna | Ms. Harvison has information about injuries caused by Jeffrey Melvin, Jr., and the subsequent warrant issued for his arrest. | Contact Information Unknown | Live |
| 61. | Hines, Felicia | Ms. Hines lived in the apartment next to the apartment where the disturbance took place on April 26, 2018. | Previously disclosed | Live |
| 62. | Hines, Shawn | Mr. Hines interacted with Mr. Melvin and others on the night of the incident, and Mr. Melvin was in possession of Mr. Hines' social security card when he was transported to the hospital. Mr. Hines may have information and knowledge regarding the facts and circumstances documented in Colorado Springs | Previously disclosed | Live |

**Melvin v. City of Colorado Springs, et al.**
**20-cv-00991-CMA-MDB**
**Final Pre-Trial Order**
**Defendants' Witness List - Page 8 of 19**

| No. | Witness Name | Description of Testimony | Address or Previously disclosed | Live or Depo |
|---|---|---|---|---|
| | | Police Department Case Report No. 18-15443 and Colorado Springs Fire Department Incident No 1821809, and the information given to police by Mr. Hines and other witnesses. | | |
| 63. | Holland, Drew | Former Officer Holland provided in-service training to CSPD officers in 2018. | Previously disclosed | Live |
| 64. | Hoover, Joseph | Mr. Hoover was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 65. | Hudspeth, Robert | Mr. Hudspeth was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 66. | Hutchison, Korey | Lt. Hutchison is the Director of the Colorado Springs Police Department Training Academy and may have information and knowledge regarding the claims as stated in Plaintiff's amended complaint. | Previously disclosed | Live |
| 67. | Ingalsbe, Eric | Officer Ingalsbe was an instructor at the Colorado Springs Police Department Training Academy and may have information and knowledge regarding the claims as stated in Plaintiff's amended complaint. | Previously disclosed | Live |
| 68. | Isaac, Ray | Sgt. Isaac provided anti-bias and/or implicit bias training at the Colorado Springs Police Department Training Academy and may have information and knowledge regarding the claims as stated in Plaintiff's amended complaint. | Previously disclosed | Live |
| 69. | Jeltes, Drew | Officer Jeltes responded to CFS 18204385 and CFS 18251231 | Previously disclosed | Live |
| 70. | Jenkins, Walter | Mr. Jenkins was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 71. | Jones, Cole | Former Officer Jones responded to the scene and assisted in the investigation of the incident that is the | Previously disclosed | Live |

**Melvin v. City of Colorado Springs, et al.**
**20-cv-00991-CMA-MDB**
**Final Pre-Trial Order**
**Defendants' Witness List - Page 9 of 19**

| No. | Witness Name | Description of Testimony | Address or Previously disclosed | Live or Depo |
|---|---|---|---|---|
| | | subject of this litigation and completed a Colorado Springs Police Department Case Supplement Report in Colorado Springs Police Department Case Report No. 18-15443. | | |
| 72. | Keller, Mark | Sgt. Keller responded to CFS 18204385 and CFS 18251231. | Previously disclosed | Live |
| 73. | Kendall, Wendy | Ms. Kendall was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 74. | Ketchum, Kyle | Mr. Ketchum responded to scene of the incident that is the subject of this litigation in order to provide medical treatment to Mr. Melvin and/or other individuals at the scene. | Previously disclosed | Live |
| 75. | Lee, Jessica | Ms. Lee was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 76. | Lux, Jeremy | Former Officer Lux may have information about Brianna Harvison's injuries caused by Jeffrey Melvin, Jr. | Previously disclosed | Live |
| 77. | Macomber, Bryce | Officer Macomber provided in-service training to CSPD officers in 2018. | Previously disclosed | Live |
| 78. | Mariani, Sergio Meijas | Mr. Mariani was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 79. | Marquez, Brett | Mr. Marquez was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 80. | Martinez, Brenda | Ms. Martinez was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 81. | Martinez, Danielle | Ms. Martinez was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 82. | McCleary, Chris | Officer McCleary provided in-service training to CSPD officers in 2017. | Previously disclosed | Live |
| 83. | McFerran, Katherine | Officer McFerran responded to CFS 18204385 and CFS 18251231. | Previously disclosed | Live |

**Melvin v. City of Colorado Springs, et al.**
**20-cv-00991-CMA-MDB**
**Final Pre-Trial Order**
**Defendants' Witness List - Page 10 of 19**

| No. | Witness Name | Description of Testimony | Address or Previously disclosed | Live or Depo |
|---|---|---|---|---|
| 84. | McGuire, Shaun | Mr. McGuire was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 85. | McIntosh, Judith | Ms. McIntosh was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 86. | McKinney, Angela | Ms. McKinney was a witness in CSPD case 17-28211 and may have information and knowledge regarding the claims as stated in Plaintiff's amended complaint. | Previously disclosed | Live |
| 87. | Melvin Sr., Jeffrey | Mr. Melvin is the father of Jeffrey Melvin Jr. and may have information regarding Jeffrey Melvin Jr's criminal history, knowledge of outstanding warrants, employment, education, housing, substance use, interaction with family members, activities, and children as it relates to claimed damages in this case. | Previously disclosed by Plaintiff | Live |
| 88. | Melvin, Taneesha | Ms. Melvin is the sister of Jeffrey Melvin Jr. and may have information regarding Jeffrey Melvin Jr's criminal history, knowledge of outstanding warrants, employment, education, housing, substance use, interaction with family members, activities, and children as it relates to claimed damages in this case. | Previously disclosed by Plaintiff | Live |
| 89. | Menter, Adam | Former Officer Menter responded to CFS 18204385 and CFS 18251231. Former Officer Menter also responded to CSPD case number 17-28211. | Previously disclosed | Live |
| 90. | Morehead, Adam | Mr. Morehead was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 91. | Myers, Paul | Mr. Myers took the CFS 18171652 call from Mr. Sanchez. | Previously disclosed | Live |
| 92. | Nevarez, Max | Officer Nevarez responded to CFS 18204385 and CFS 18251231 | Previously disclosed | Live |

**Melvin v. City of Colorado Springs, et al.**
**20-cv-00991-CMA-MDB**
**Final Pre-Trial Order**
**Defendants' Witness List - Page 11 of 19**

| No. | Witness Name | Description of Testimony | Address or Previously disclosed | Live or Depo |
|---|---|---|---|---|
| 93. | Oakes, Rebecca | Ms. Oakes was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 94. | Patterson, Daniel | Former Officer Patterson is a defendant in this action and may have information and knowledge regarding the claims as stated in Plaintiff's amended complaint. | Previously disclosed | Live |
| 95. | Pena, Alfredo | Mr. Pena was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 96. | Petrossi, Cheryl | Ms. Petrossi was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 97. | Pevgn, Cody | Cody Pevgn was a nurse assigned to Jeffrey Melvin at Memorial Hospital and provided information to CSPD officers relating to Mr. Melvin's condition and test results. | Previously disclosed | Live |
| 98. | Polydys, Jaime | Mr. Polydys was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 99. | Pressel, Benjamin | Officer Pressel responded on CSPD case 17-28211 and may have information and knowledge regarding the claims as stated in Plaintiff's amended complaint. | Previously disclosed | Live |
| 100. | Prince, Audrese | Ms. Prince was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 101. | Quarrles, J. | J. Quarrles was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 102. | Richardson, Lamar | Mr. Richardson was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 103. | Riley, David | Mr. Riley was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |

**Melvin v. City of Colorado Springs, et al.**
**20-cv-00991-CMA-MDB**
**Final Pre-Trial Order**
**Defendants' Witness List - Page 12 of 19**

| No. | Witness Name | Description of Testimony | Address or Previously disclosed | Live or Depo |
|---|---|---|---|---|
| 104. | Roberts, Melissa | Ms. Roberts was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 105. | Robinson, Garret | Mr. Robinson was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 106. | Rohar, Matthew | Mr. Rohar was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 107. | Rosenoff, Mary | Lt. Rosenoff received the complaint filed by Taneesha Melvin, and reviewed and advised on Use of Force reports submitted by Officer Joshua Archer and Daniel Patterson | Previously disclosed | Live |
| 108. | Rupprecht, Elizabeth | Ms. Rupprecht examined and treated Brianna Harvison related to Colorado Springs Police Department case number 18-05576. | Previously disclosed | Live |
| 109. | Sage, Michaele | Ms. Sage was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 110. | Sanchez, Arianna | Ms. Sanchez may have been a witness to the incident that is the subject of this litigation and may have information and knowledge regarding the claims as stated in Plaintiff's complaint. | Previously disclosed | Live |
| 111. | Sanchez, Joseph | Mr. Sanchez lived in the apartment above the apartment where the disturbance took place on April 26, 2018 and reported it to the police. | Previously disclosed | Live |
| 112. | Scheppele, Logan | Officer Scheppele responded on CSPD case 17-28211 and may have information and knowledge regarding the claims as stated in Plaintiff's amended complaint. | Previously disclosed | Live |
| 113. | Schneider, Daniel | Mr. Schneider lived in the apartment below the apartment where the disturbance took place on April 26, 2018. | Previously disclosed | Live |
| 114. | Shamy, Yolanda | Ms. Shamy was an employee of the | Previously | Live |

**Melvin v. City of Colorado Springs, et al.**
**20-cv-00991-CMA-MDB**
**Final Pre-Trial Order**
**Defendants' Witness List - Page 13 of 19**

| No. | Witness Name | Description of Testimony | Address or Previously disclosed | Live or Depo |
|---|---|---|---|---|
| | | CDOC parole division when Mr. Melvin was serving a parole sentence. | disclosed | |
| 115. | Sims, Kyla | Ms. Sims was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 116. | Slagle, Corby | Officer Slagle provided in-service training to CSPD officers in 2018. | Previously disclosed | Live |
| 117. | Smaldino, Michael | Lieutenant Smaldino was at the scene of the incident that is the subject of this litigation and as documented in Colorado Springs Police Department Case Report No. 18-15443 and Colorado Springs Fire Department Incident No 1821809. Lieutenant Smaldino may have information and knowledge regarding his duties and impressions while at the scene of the incident and other claims as stated in Plaintiff's complaint. | Previously disclosed | Live |
| 118. | Smit, Justin | Firefighter Smit was at the scene of the incident that is the subject of this litigation and as documented in Colorado Springs Police Department Case Report No. 18-15443 and Colorado Springs Fire Department Incident No 1821809. Firefighter Smit may have information and knowledge regarding his duties and impressions while at the scene of the incident and other claims as stated in Plaintiff's complaint. | Previously disclosed | Live |
| 119. | Spurgeon, Jason | Mr. Spurgeon was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 120. | Somersalmi, Christine | Sergeant Somersalmi responded to the scene and assisted in the investigation of the incident that is the subject of this litigation and completed a Colorado Springs Police Department Case Supplement Report in Colorado Springs Police | Previously disclosed | Live |

**Melvin v. City of Colorado Springs, et al.**
**20-cv-00991-CMA-MDB**
**Final Pre-Trial Order**
**Defendants' Witness List - Page 14 of 19**

| No. | Witness Name | Description of Testimony | Address or Previously disclosed | Live or Depo |
|---|---|---|---|---|
| | | Department Case Report No. 18-15443. Sergeant Somersalmi may have information and knowledge regarding the content of her supplement and other claims as stated in Plaintiff's complaint. | | |
| 121. | Stevenson, Robb | Mr. Stevenson was the investigator at the coroner's office regarding Mr. Melvin's death. | Previously disclosed | Live |
| 122. | Sunada, Clayton | Officer Sunada responded to CFS 18204385 and CFS 18251231. | Previously disclosed | Live |
| 123. | Sunday, William | Officer Sunday provided in-service training to CSPD officers in 2017. | Previously disclosed | Live |
| 124. | Taylor, Nancy | Ms. Taylor was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 125. | Taylor, Venisha | Detective Taylor assisted in the investigation of the incident that is the subject of this litigation and completed a Colorado Springs Police Department Case Supplement Report in Colorado Springs Police Department Case Report No. 18-15443. | Previously disclosed | Live |
| 126. | Craft-Thornton, Jerri | Ms. Craft-Thornton is the mother of Jeffrey Melvin Jr. and may have information regarding Jeffrey Melvin Jr's criminal history, employment, education, housing, substance use, interaction with family members, activities and children as it relates to claimed damages in this case.  Ms. Craft-Thornton is also the listed victim in CSPD case number 17-28211. | Previously disclosed by Plaintiff | Live |
| 127. | Tilch, Lloyd | Mr. Tilch was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 128. | Timora, Rosalyn | Ms. Timora is an administrative assistant at the Colorado Springs Police Department Training Academy | Previously disclosed | Live |

**Melvin v. City of Colorado Springs, et al.**
**20-cv-00991-CMA-MDB**
**Final Pre-Trial Order**
**Defendants' Witness List - Page 15 of 19**

| No. | Witness Name | Description of Testimony | Address or Previously disclosed | Live or Depo |
|---|---|---|---|---|
| | | and can authenticate records from the Academy | | |
| 129. | Tollefson, Philip | Officer Tollefson downloaded the involved Tasers on May 2, 2018. | Previously disclosed | Live |
| 130. | Tucker, Amanda | Ms. Tucker was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 131. | Tully, Andrea | Ms. Tully is the current toxicologist at the El Paso County Coroner's Office and may have information and knowledge regarding the claims as stated in Plaintiff's amended complaint | Previously disclosed | Live |
| 132. | Turecheck, Patricia | Former Sgt. Turecheck responded to CFS 18204385 and CFS 18251231 | Previously disclosed | Live |
| 133. | VanOoyen, Marcus | Sgt. VanOoyen provided use of force training at the Colorado Springs Police Department Training Academy and may have information and knowledge regarding the claims as stated in Plaintiff's amended complaint | Previously disclosed | Live |
| 134. | Vasquez, Adrian | Chief Vasquez was a Deputy Chief of the Colorado Springs Police Department at the time of Melvin's arrest, was involved in the Internal Affairs investigation into the incident | Previously disclosed | Live |
| 135. | Vaughan, Connie | Ms. Vaughan was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 136. | Voltz, Anthony | Officer Voltz provided in-service training to CSPD officers in 2018. | Previously disclosed | Live |
| 137. | Ward, Jeremiah | Officer Ward assisted in the investigation of the incident that is the subject of this litigation and completed a Colorado Springs Police Department Case Supplement Report in Colorado Springs Police Department Case Report No. 18-15443. | Previously disclosed | Live |

**Melvin v. City of Colorado Springs, et al.**
**20-cv-00991-CMA-MDB**
**Final Pre-Trial Order**
**Defendants' Witness List - Page 16 of 19**

| No. | Witness Name | Description of Testimony | Address or Previously disclosed | Live or Depo |
|---|---|---|---|---|
| 138. | Weldon, Kimberly | Ms. Weldon was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 139. | Whittington, Scott | Mr. Whittington reviewed and advised on Use of Force reports submitted by Officer Joshua Archer and Daniel Patterson and was involved in IA investigation in this matter. | Previously disclosed | Live |
| 140. | Whitlock, David | Mr. Whitlock assisted with use of force training at the Colorado Springs Police Department Training Academy. | Previously disclosed | Live |
| 141. | Willard, Scott | Mr. Willard was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 142. | Woodworth/LaFollette, Mariah | Ms. Woodworth/LaFollette took the CFS 18204385 call from Jordan Bruno | Previously disclosed | Live |
| 143. | Wyche, AnnMarie | Ms. Wyche was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| 144. | Young, Alec | Mr. Young was an employee of the CDOC parole division when Mr. Melvin was serving a parole sentence. | Previously disclosed | Live |
| | Any Authentication Witnesses | | | |
| | Any Impeachment Witnesses | | | |
| | | | | |
| | | | | |
| | **May Call Witnesses (Expert)** | | | |
| | | | | |
| 1. | Collins, M.D., Kimberly Ann | Dr. Collins is expected to present evidence under Federal Rule of Evidence 702, 703, or 705 on peer review evaluation of Drs. Goldenberg's and Oliver's and Ms. Schreiber's expert report regarding cause of death and Drs. Goldenberg's and Oliver's evaluation of Plaintiff's | Previously disclosed | Live |

**Melvin v. City of Colorado Springs, et al.**
**20-cv-00991-CMA-MDB**
**Final Pre-Trial Order**
**Defendants' Witness List - Page 17 of 19**

| No. | Witness Name | Description of Testimony | Address or Previously disclosed | Live or Depo |
|---|---|---|---|---|
| | | endorsed expert reports authored by Dr. Bruce Becker and Dr. Stephen Bird. Dr. Collins is a peer review signatory on the Goldenberg/Oliver/Schreiber expert report and the Goldenberg/Oliver rebuttal expert report that have been previously produced to Plaintiff. | | |
| 2. | Ducey, Jonathan | Mr. Ducey is expected to present evidence under Federal Rule of Evidence 702, 703, or 705 on damages and evaluation of Plaintiff's endorsed expert report authored by Mr. Alan Parkman. Mr. Ducey's rebuttal expert report has been previously produced to Plaintiff. | Previously disclosed | Live |
| 3. | Engel, Ph.D., Robin | Dr. Engel is expected to present evidence under Federal Rule of Evidence 702, 703, or 705 on statistical analysis principles specifically related to use of force by law enforcement, evaluation of Plaintiff's endorsed expert report authored by Pacey Economics, Inc., and interpretation guidelines and standards for assessment of Colorado Springs Police Departments Use of Force Report (Transparency Matters, 2022), and the entirety of the Transparency Matters report. | Previously disclosed | Live |
| 4. | Goldenberg, M.D., Ronald | Dr. Goldenberg is expected to present evidence under Federal Rule of Evidence 702, 703, or 705 on the cause of death of Jeffrey Melvin Jr. and evaluation of Plaintiff's endorsed expert reports authored by Dr. Bruce Becker and Dr. Stephen Bird. Dr. Goldenberg's expert report and rebuttal expert report have been previously produced to Plaintiff. | Previously disclosed | Live |
| 5. | Oliver, M.D., | Dr. Oliver is expected to present | Previously | Live |

**Melvin v. City of Colorado Springs, et al.**
**20-cv-00991-CMA-MDB**
**Final Pre-Trial Order**
**Defendants' Witness List - Page 18 of 19**

| No. | Witness Name | Description of Testimony | Address or Previously disclosed | Live or Depo |
|---|---|---|---|---|
| | William | evidence under Federal Rule of Evidence 702, 703, or 705 on the cause of death of Jeffrey Melvin Jr. and evaluation of Plaintiff's endorsed expert reports authored by Dr. Bruce Becker and Dr. Stephen Bird. Dr. Oliver's expert report and rebuttal expert report been previously produced to Plaintiff. | disclosed | |
| 6. | Raymon, Pharm.D., Ph.D, Lionel | Dr. Raymon is expected to present evidence under Federal Rule of Evidence 702, 703, or 705 on peer review evaluation of Drs. Goldenberg's and Oliver's and Ms. Schreiber's expert report regarding cause of death and Drs. Goldenberg's and Oliver's evaluation of Plaintiff's endorsed expert reports authored by Dr. Bruce Becker and Dr. Stephen Bird. Dr. Raymon is a peer review signatory on the Goldenberg/Oliver/Schreiber expert report and the Goldenberg/Oliver rebuttal expert report that have been previously produced to Plaintiff. | Previously disclosed | Live |
| 7. | Russell MD, Emily (formerly Berry) | Dr. Russell is expected to present evidence under Federal Rule of Evidence 702, 703, or 705 on cause of death, manner of death classifications and, more specifically, the homicide manner of death classification. The summary of Dr. Russell's expected testimony has been previously produced to Plaintiff. | Previously disclosed | Live |
| 8. | Sailor, Kevin | Mr. Sailor is expected to present evidence under Federal Rule of Evidence 702, 703, or 705 on law enforcement use of force, training, policies and taser use. Mr. Sailor's expert report has been previously produced to Plaintiff. | Previously disclosed | Live |

**Melvin v. City of Colorado Springs, et al.**
**20-cv-00991-CMA-MDB**
**Final Pre-Trial Order**
**Defendants' Witness List - Page 19 of 19**

| No. | Witness Name | Description of Testimony | Address or Previously disclosed | Live or Depo |
|---|---|---|---|---|
| 9. | Schreiber, M.S., Sara | Ms. Schreiber is expected to present evidence under Federal Rule of Evidence 702, 703, or 705 on cause of death of Jeffrey Melvin Jr. and on peer review evaluation of Drs. Goldenberg's and Oliver's evaluation of Plaintiff's endorsed expert reports authored by Dr. Bruce Becker and Dr. Stephen Bird. | Previously disclosed | Live |
| 10. | Welner, M.D., Michael | Dr. Welner is expected to present evidence under Federal Rule of Evidence 702, 703, or 705 on peer review evaluation of Drs. Goldenberg's and Oliver's and Ms. Schreiber's expert report regarding cause of death, and Drs. Goldenberg's and Oliver's evaluation of Plaintiff's endorsed expert reports authored by Dr. Bruce Becker and Dr. Stephen Bird. Dr. Welner is a peer review signatory on the Goldenberg/Oliver/Schreiber expert report and the Goldenberg/Oliver rebuttal expert report that have been previously produced to Plaintiff. | Previously disclosed | Live |