IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 20-cv-00991-CMA-MDB

ESTATE OF JEFFREY MELVIN,

Plaintiff,

v.

CITY OF COLORADO SPRINGS, COLORADO;

Defendant.

---

### UNOPPOSED MOTION FOR RONALD M. GOLDENBERG, M.D. TO TESTIFY REMOTELY AT TRIAL

---

Defendant City of Colorado Springs ("City") moves for Dr. Ronald M. Goldenberg to be permitted to testify remotely via telephone or videoconference at trial.

**D.C.COLO.LCivR 7.1 Certification:** Undersigned counsel has conferred in good faith with Plaintiff's counsel concerning this motion. Plaintiff's counsel does not oppose the relief requested in this motion.

1. Defendant intends to call Dr. Ronald M. Goldenberg as an expert witness at trial. Dr. Goldenberg is a Board-certified doctor in New York. He is expected to provide testimony on Mr. Melvin's cause of death. Defendant requests, and Plaintiff does not oppose, that he be permitted to testify remotely at trial.

2. When recently granting Plaintiff's motion for leave to conduct a preservation deposition of its police procedures expert who will be traveling during trial, the Court articulated the applicable law, as follows:

> The Federal Rules of Civil Procedure state a soft preference for in-person trial testimony. *E.g.*, Fed. R. Civ. P. 43(a). However, when in-person testimony proves impracticable, the Rules allow for remote testimony or preservation depositions. *E.g.*, Fed. R. Civ. P. 32(a)(4)(B) (authorizing use of preservation deposition testimony if the witness is over 100 miles away during trial unless the witness's absence was "procured by the party offering the deposition"). The Rules addressing remote testimony are by their own terms, however, "permissive and not mandatory." *Eller v. Trans Union, LLC*, 739 F.3d 467, 478 (10th Cir. 2013) (noting that the rule is "intended to permit remote testimony when a witness's inability to attend trial is the result of 'unexpected reasons'"). The choice falls to the trial court's discretion. *See id.*

(Doc. # 206, p. 16)

3. Dr. Goldenberg is a critical care specialist with a range of daily clinical and decision-making responsibilities for the sickest of patients at NYU Tisch Hospital. These include patients referred from all over the world with life-threatening cardiovascular conditions, infectious diseases, and illnesses necessitating heart and lung transplants. Dr. Goldenberg's active treatment and supervisory responsibilities do not allow him to travel to and from Colorado for testimony that would necessitate three days away from his patients and the intensive care units. Coverage can be planned and arranged during the hours of his direct and cross examination testimony, should testimony by teleconference or Zoom be possible.

4. Counsel for Defendant first apprised Plaintiff's counsel of Dr. Goldenberg's inability to testify in person in mid-March 2024, and provided them with a revised witness list identifying him as testifying remotely on April 2, 2024. Once Dr. Goldenberg clarified his need to remain in New York for purposes of patient care, counsel for Defendant sought Plaintiff's position on this motion, on June 5, 2024, which is not opposed.

WHEREFORE, Defendant respectfully requests that the Court issue an order granting its motion and permitting Dr. Ronald Goldberg to testify remotely at trial.

Dated this 7th day of June, 2024

        OFFICE OF THE CITY ATTORNEY OF THE
        CITY OF COLORADO SPRINGS, COLORADO
        Wynetta P. Massey, City Attorney

        */s/ Anne H. Turner*
        Anne H. Turner, Assistant City Attorney
        Martha E. McKinney, Senior Attorney
        30 S. Nevada Ave., Suite 501
        Colorado Springs, Colorado 80903
        Telephone:  (719) 385-5909
        Facsimile:  (719) 385-5535
        anne.turner@coloradosprings.gov
        martha.mckinney@coloradosprings.gov

## **CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on the 7th day of June, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

dkillmer@killmerlane.com
lorshan@ killmerlane.com
rallison@ killmerlane.com

*Attorneys for Plaintiff*

        */s/Amy McKimmey*
        Paralegal