IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-cv-00991-CMA-MDB

ESTATE OF JEFFREY MELVIN,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, COLORADO, *et al.,*

    Defendants.

## **UNOPPOSED** MOTION TO CONTINUE TRIAL DATE

Plaintiff, by and through counsel, hereby submits the following Unopposed Motion Continue Trial Date and states as follows:

1. During the Pretrial Conference on February 14, 2024 before Magistrate Judge Dominguez Braswell, Plaintiff and Defendant advised the Court[1] that the trial in this matter would require ten (10) days. Doc. 200. Accordingly, six days later, this Court on February 20, 2024 set the matter for a ten (10) day jury trial in its Order setting Jury Trial commencing July 15, 2024 ("a ten-day Jury Trial is set to begin 7/15/2024, at 8:30 AM, with Jury Selection set for the morning of trial in Courtroom A602, before Judge Christine M. Arguello."). Doc. 202.

2. Both Parties' understanding was therefore that this case was set for a 10-day jury, starting July 15, 2014. As the Parties first learned at the Final Trial Preparation

---

[1] "Plaintiff updates the amount of time anticipated for trial from five (5) days to ten (10)." Doc. 200, Courtroom Minutes, February 14, 2024.

1

Conference held June 27, 2024, however, the Court has another jury trial set to begin on that day. Accordingly, the Court advised counsel in this case that the trial would commence on July 22, 2024, rather than on the previously set July 15 date.

3. Several key witnesses that were committed to testifying the week of July 15 are unavailable the following weeks, on long scheduled trips or with conflicting obligations. Substantial prejudice would result to the Parties if those witnesses did not testify in this long-scheduled and important matter.

4. At the June 27, 2024, Trial Preparation Conference, the Court suggested that counsel should file a Motion to Continue the Trial Date if the change of date resulted in the unavailability of important witnesses. Thus, this filing.

### CERTIFICATE PURSUANT TO D.C.COLO.L.CIVR 7.1(a)

5. Counsel for Plaintiff certifies that they conferred with counsel for Defendants, who stated that they do not oppose the requested relief. Counsel for all parties have reviewed the Court's Terms of Court calendar for 2025, and would be available for the February 3, 2025 term for a ten-day trial setting.

### CERTIFICATE PURSUANT TO D.C.COLO.L.CIVR 6.1(c)

6. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that he has informed his client about the requested relief and that a copy of this Motion is being contemporaneously served by counsel on Plaintiff, via email.

WHEREFORE, Plaintiff respectfully requests that the Court vacate the current trial setting and reset this case for a ten-day jury trial at a future date, preferably February 3, 2025.

Dated this 28th day of June 2024.

2

/s/ Darold W. Killmer
Darold W. Killmer
Liana Orshan
Reid R. Allison
KILLMER LANE, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
303-571-1000
303-571-1001 – fax
dkillmer@killmerlane.com
lorshan@killmerlane.com
rallison@killmerlane.com

Counsel for Plaintiff

3

## **CERTIFICATE OF SERVICE**

I certify that on June 28, 2024, I filed the foregoing via CM/ECF, which will generate a Notice of Electronic Filing to the following:

Anne Turner
Martha McKinney
Assistant City Attorneys
City of Colorado Springs
30 S. Nevada Ave., Suite 501
Colorado Springs CO 80903
Anne.Turner@coloradosprings.gov
Martha.mckinney@coloradosprings.gov

*s/ Charlotte Bocquin Scull*
Paralegal