**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 20-cv-00991-CMA-MDB

ESTATE OF JEFFREY MELVIN,

      Plaintiff,

v.

CITY OF COLORADO SPRINGS, COLORADO, *et al.,*

      Defendants.

---

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING REPLY**
**TO DEFENDANT'S RESPONSE TO MOTION IN LIMINE**

---

      Plaintiff, by and through counsel, hereby submits the following Motion to the Deadline for Filing a Reply to Defendant's Response to Plaintiff's Motion in Limine, and states as follows:

      1.     Plaintiff filed an eight-page motion in limine on June 7, 2024. *See* [Doc. 207].

      2.     On June 21, 2024, Defendant filed a response to Plaintiff's motion in limine that was over fourteen pages long, [Doc. 224]. in violation of this Court's practice standards, which limit both motions in limine and responses to eight pages. *See* CMA Civ. Trial Standing Order 43.1B(1)(g).

      3.     Because Defendant's response exceeded the page limit, this Court granted Plaintiff permission to file a reply brief, not to exceed six pages, during the final pre-trial conference on June 27, 2024, ordering the brief due on July 1, 2024.

4.      Since the final pre-trial conference, the trial has been re-set to start on February 3, 2025. *See* [Doc. 227].

5.      Given the continuance of the trial and competing obligations of Plaintiff's counsel, Plaintiff respectfully requests a two-day extension to the deadline for filing the reply brief.

6.       This extension is not being sought for any improper purpose, and no party will be prejudiced by the relief sought.

### CERTIFICATE PURSUANT TO D.C.COLO.L.CIVR 7.1(a)

7.      Counsel for Plaintiff certifies that they conferred with counsel for Defendant, who stated that they do not oppose the requested relief.

### CERTIFICATE PURSUANT TO D.C.COLO.L.CIVR 6.1(c)

8.      Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this Motion is being contemporaneously served by counsel on Plaintiff, via email.

WHEREFORE, Plaintiff respectfully requests that the Court allow Plaintiff to file its reply to Defendant's response to Plaintiff's motion in limine on or by July 3, 2024.

Dated this 1st day of July 2024.

*/s/ Darold W. Killmer*
Darold W. Killmer
Liana Orshan
Reid R. Allison
KILLMER LANE, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
303-571-1000
303-571-1001 – fax
dkillmer@killmerlane.com
lorshan@killmerlane.com

rallison@killmerlane.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on July 1, 2024, I filed the foregoing via CM/ECF, which will generate a Notice of Electronic Filing to the following:

Anne Turner
Martha McKinney
Assistant City Attorneys
City of Colorado Springs
30 S. Nevada Ave., Suite 501
Colorado Springs CO 80903
Anne.Turner@coloradosprings.gov
Martha.mckinney@coloradosprings.gov

*s/ Charlotte Bocquin Scull*
Paralegal