IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 20-cv-00991-CMA-MDB

ESTATE OF JEFFREY MELVIN,

Plaintiff,

v.

CITY OF COLORADO SPRINGS, COLORADO

Defendant.

**JOINT MOTION TO VACATE JULY 31, 2025 FINAL TRIAL PREPARATION CONFERENCE AND AUGUST 11, 2025 TRIAL DATE**

Plaintiff and Defendant jointly move to vacate the July 31, 2025 final trial preparation conference and to continue the trial scheduled to begin on August 11, 2025, stating as follows:

The Parties have agreed to material terms of settlement of this dispute, subject to memorialization in a fully executed settlement agreement. At this juncture, the Parties prefer to spend their time and resources accomplishing such tasks, and to refrain from expending the Court's resources unnecessarily. The Parties propose to file a status report addressing the status of the settlement and the need for any further Court action if the case is not dismissed by stipulation within thirty (30) days.

**CERTIFICATE PURSUANT TO D.C.COLO.L.CIVR 6.1(c)**

Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certify that they have informed their clients about the requested relief and that a copy of this Motion is being contemporaneously served by counsel on their respective clients. For the City, that is Police Chief Adrian Vasquez.

WHEREFORE, the Parties jointly request that the Court vacate the July 31, 2025 final pretrial conference and August 11, 2025 trial setting.

Respectfully submitted this 29th day of July 2025.

| | |
|---|---|
| Killmer Lane, LLP | OFFICE OF THE CITY ATTORNEY OF THE CITY OF COLORADO SPRINGS, COLORADO |
| /s/ Liana Orshan | Marc Smith, Acting City Attorney |
| Darold W. Killmer | |
| Liana Orshan | /s/ Anne H. Turner |
| Reid R. Allison | Anne H. Turner, Assistant City Attorney |
| 1543 Champa Street, Suite 400 | Martha E. McKinney, Senior Attorney |
| Denver, Colorado  80202 | 30 S. Nevada Ave., Suite 501 |
| Telephone:  (303) 571-1000 | Colorado Springs, Colorado 80903 |
| Facsimile:  (303) 571-1001 | Telephone:  (719) 385-5909 |
| dkillmer@killmerlane.com | Facsimile:  (719) 385-5535 |
| lorshan@killmerlane.com | anne.turner@coloradosprings.gov |
| rallison@killmerlane.com | martha.mckinney@coloradosprings.gov |
| Attorneys for Plaintiff | Attorneys for Defendant |

## CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on the 29th day of July 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

dkillmer@killmerlane.com
lorshan@ killmerlane.com
rallison@ killmerlane.com

*Attorneys for Plaintiff*

                                          */s/ Eri Howard*
                                          Eri Howard
                                          Legal Secretary