**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 20-cv-00991-WJM-MDB

ESTATE OF JEFFREY MELVIN, by and through its personal representative Jeffrey
Melvin Sr.;

      Plaintiff,

v.

CITY OF COLORADO SPRINGS, COLORADO;

      Defendant.

---

**JOINT STATUS REPORT**

---

The Parties, through their respective counsel, submit this Joint Status Report.

1.      Pursuant to the Court's Order at ECF #251, the parties are directed to provide a status report or appropriate dismissal documents in this matter by not later than 11/14/2025.

2.      The parties have agreed to the settlement of this matter and are currently working to complete all required steps to complete the documentation required to finalize the settlement.

3.      Mr. Melvin died intestate with multiple heirs, two of whom are minor children. Mr. Melvin's Estate was opened in El Paso County at 2018PR030539. The Estate has filed the appropriate documents with the Probate Court for the Estate to distribute settlement proceeds to the minor children. Regarding these documents, the

Hearing Without Appearance on Petition for Final Settlement Pursuant to § 15-12-1001

and C.R.C.P. 24 was conducted on November 10, 2025. The court has not entered its

order following that hearing to date. After the order is entered (which probate counsel

anticipates will occur this week), the City/its insurer will make the settlement payment

within 30 days.

4.    Per the parties' agreement, once the settlement payment is made, Plaintiff

will dismiss the claims.

5.    Accordingly, the parties propose to file another status report or appropriate

dismissal documents by January 31, 2026.

Dated this 14th day of November 2025.

/s/ Darold W. Killmer
Darold W. Killmer
Liana Orshan
Reid R. Allison
KILLMER LANE, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
303-571-1000
303-571-1001 – facsimile
dkillmer@killmerlane.com
lorshan@killmerlane.com
rallison@killmerlane.com

*Counsel for Plaintiff*


/s/ Anne H. Turner
Anne H. Turner, Assistant City Attorney
Martha McKinney, Senior Attorney
Office of the City Attorney of the
City of Colorado Springs
30 S. Nevada Ave., Suite 501
Colorado Springs CO 80903
(719) 385-5909

(719) 385-5535 - facsimile
anne.turner@coloradosprings.gov
martha.mckinney@coloradoprings.gov

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 14th day of November 2025 I filed this **JOINT STATUS REPORT** via CM/ECF, which will generate a Notice of Electronic Filing to the following:

Anne Turner
Martha McKinney
Assistant City Attorney
City of Colorado Springs
30 S. Nevada Ave., Suite 501
Colorado Springs CO 80903
Anne.Turner@coloradosprings.gov
Martha.mckinney@coloradosprings.gov

*s/ Charlotte Bocquin Scull*
Paralegal – Killmer Lane, LLP